**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

SENECA NATION, a federally recognized
Indian tribe,

          Plaintiff,

    v.

CUOMO, *et al.*,

          Defendants.

Case No. 1:18-cv-429

**AFFIDAVIT IN SUPPORT OF
CONSENT MOTION TO EXTEND
TIME TO FILE OBJECTIONS TO
REPORT AND RECOMMENDATION**

MERRILL C. GODFREY declares the following to be true under penalty of perjury:

1.     I am an attorney admitted to practice before this Court, at the law firm known as Akin Gump Strauss Hauer & Feld, LLP, counsel for the Seneca Nation in this matter.

2.     This Affidavit is submitted in support of the present consent motion to extend the time to file objections to the Report and Recommendation issued by Magistrate Hugh B. Scott on December 19, 2018 (ECF No. 29), pursuant to Fed. R. Civ. P. 6(b) and L.R.Civ.P. 72(b).

3.     Under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2), parties must file written objections within 14 days after being served with a copy of the recommended disposition. Objections to the Report and Recommendation are currently due on January 2, 2019.

4.     In light of the upcoming holidays, which will adversely affect counsel's ability to prepare objections within the allotted time, Plaintiff respectfully requests that the Court extend the time to file objections by 14 days, until January 16, 2019.

5.     I spoke with Assistant Attorney General George Zimmermann on December 21, 2018, and he stated that the defendants consent to this motion.

6. No prior application has been made for an extension of time for this filing.

DATED this 21st day of December 2018.

Respectfully submitted,

Merrill C. Godfrey
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000
mgodfrey@akingump.com

*Attorneys for Seneca Nation*

DISTRICT OF COLUMBIA: SS
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 21 DAY OF Dec , 2018

NOTARY PUBLIC

My Commission Expires _____ DAVID GOODMAN
Notary Public of District of Columbia
My Commission Expires July 14, 2021



2