UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SENECA NATION, a federally recognized
Indian tribe,

                Plaintiff,                **Docket No. 18-cv-00429**

vs.

                                      **STIPULATION OF EXTENSION**
                                      **TO RESPOND TO COMPLAINT**

KATHLEEN C. HOCHUL, in her official capacity as
Governor of New York, LETITIA JAMES, in her
official capacity as New York State Attorney
General, MARIA T. DOMINGUEZ, in her official
capacity as Commissioner of the New York State
Department of Transportation, THOMAS P. DINAPOLI,
in his official capacity as Comptroller of the State of
New York, and NEW YORK STATE THRUWAY
AUTHORITY,

                Defendants.

---

     IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys, that the time in which Defendants must answer, move or otherwise plead in response to Plaintiff's complaint pursuant to Fed.R.Civ.P. 12 is extended up to and including June 2, 2023.

Dated:  Buffalo, New York
          May 3, 2023

| | |
|---|---|
| AKIN, GUMP, STRAUSS, HAUER & FELD LLP<br>Attorneys for Plaintiff<br><br>BY: */s/ Merrill C. Godfrey*<br>MERRILL C. GODFREY<br>2001 K Street N.W.<br>Washington, DC 20006<br>(202) 887- 4000<br>mgodfrey@akingump.com | LETITIA JAMES<br>Attorney General of the State of New<br>Attorney for Defendants<br><br>BY: */s/ David J. Sleight*<br>DAVID J. SLEIGHT<br>Assistant Attorney General, of counsel<br>Main Place Tower, Suite 300A<br>350 Main Street<br>Buffalo, NY 14202<br>(716) 852-6274<br>David.Sleight@ag.ny.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2023, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

>Donald Pongrace
>Akin, Gump, Strauss, Hauer & Feld LLP
>2001 K Street N.W.
>Washington, DC 20006
>(202) 887-4000
>dpongrace@akingump.com
>
>Merrill C. Godfrey
>Akin, Gump, Strauss, Hauer & Feld LLP
>2001 K Street N.W.
>Washington, DC 20006
>(202) 887- 4000
>mgodfrey@akingump.com
>
>James E. Tysse
>Akin, Gump, Strauss, Hauer & Feld LLP
>2001 K Street N.W.
>Washington, DC 20006
>(202) 887- 4000
>jtysse@akingump.com

      And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

**NONE**

DATED:    Buffalo, New York
              May 3, 2023

>BY: */s/ David J. Sleight*
>David J. Sleight
>Assistant Attorney General,
>of Counsel
>Main Place Tower, Suite 300A
>350 Main Street
>Buffalo, NY 14202
>(716) 852-6274
>David.Sleight@ag.ny.gov