

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL AFFAIRS
BUFFALO REGIONAL OFFICE

Telephone No.: (716) 852-6274
David.Sleight@ag.ny.gov

November 29, 2023

**(via CM/ECF)**

Hon. Michael J. Roemer
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202-3350

     **Re:**    <u>**Seneca Nation v. Hochul, et al.**</u>
            **Docket No.: 18-cv-00429**

Dear Magistrate Judge Roemer:

There is status conference scheduled in this case for November 30, 2023. As the Court may recall, the parties were before Your Honor on October 26, 2023, to discuss mediation of this case. The purpose of the conference scheduled for tomorrow was to advise the Court as to whether the parties were interested in pursuing mediation at this time. While we met with our clients last week to discuss this question, we have not to date received a definitive answer to this question from all of our clients; however, I anticipate that we will very shortly. Accordingly, Defendants respectfully request that the Court adjourn the conference scheduled for tomorrow for a short time. I have discussed the requested extension with counsel for Plaintiff and they do not object.

               Respectfully,

               */s/ David J. Sleight*
               DAVID J. SLEIGHT
               Assistant Attorney General

DJS/rmp

Cc: all counsel of record (via CM/ECF)