UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SENECA NATION, a federally recognized
Indian tribe,

        Plaintiff,

        vs.                                    18-cv-00429-LJV

KATHLEEN C. HOCHUL, in her official capacity as
Governor of New York; LETITIA JAMES, in her
official capacity as New York State Attorney
General; MARIA T. DOMINGUEZ, in her official
capacity as Commissioner of the New York State
Department of Transportation; THOMAS P. DINAPOLI,
in his official capacity as Comptroller of the State of
New York; and THE NEW YORK STATE
THRUWAY AUTHORITY

        Defendants.

_____

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on November 29, 2023, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Donald Pongrace
Akin, Gump, Strauss, Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, DC 20036
dpongrace@akingump.com

Merrill C. Godfrey
Akin, Gump, Strauss, Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, DC 20036
mgodfrey@akingump.com

James E. Tysse
Akin, Gump, Strauss, Hauer & Feld LLP
2001 K Street N.W.
Washington, DC 20006
jtysse@akingump.com

Brette A. Pena
Akin, Gump, Strauss, Hauer & Feld LLP - DC
2001 K Street N.W.
Washington, DC 20006
bpena@akingump.com

Christopher Karns
Seneca Nation of Indians (NY)
12837 Route 483
Irving, NY 14081
chris.karns@sni.org

Jenny Patten Magallanes
Akin Gump Strauss Hauer & Feld LLP - LA
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067-6022
jpatten@akingump.com

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

**NONE**

DATED:     Buffalo, New York
           November 29, 2023

BY: */s/ David J. Sleight*
David J. Sleight
Assistant Attorney General,
of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 852-6274
David.Sleight@ag.ny.gov