UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SENECA NATION, a federally recognized Indian tribe, <br><br> Plaintiff, <br><br> vs. <br><br> KATHLEEN C. HOCHUL, in her official capacity as Governor of New York; LETITIA JAMES, in her official capacity as New York State Attorney General; MARIE T. DOMINGUEZ, in her official capacity as Commissioner of the New York State Department of Transportation; THOMAS P. DINAPOLI, in his official capacity as Comptroller of the State of New York; and THE NEW YORK STATE THRUWAY AUTHORITY. <br><br> Defendants. | Case No. 18-cv-00429-LJV <br><br> **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56** |

**PLEASE TAKE NOTICE** that Defendants Kathleen C. Hochul, Letitia James, Marie T. Dominguez, Thomas P. Dinapoli, and the New York State Thruway Authority ("Defendants"), through their undersigned attorneys, respectfully jointly move this Court pursuant to Federal Rule of Civil Procedure 56 and Local Rule of Civil Procedure 56, before the Hon. Michael J. Roemer, United States Magistrate Judge at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202 on a date and time to be set by the Court, for an Order granting summary judgment to Defendants on (1) Defendants' affirmative defense of laches, the sixth affirmative defense in Defendants' Answer (ECF No. 74); (2) all three causes of action set forth in Plaintiff Seneca Nation's Complaint (ECF No. 1); and (3) for other and further relief as the Court deems just and proper.

In support, Defendants jointly submit (1) Defendants' Joint Memorandum of Law dated February 11, 2025; (2) Defendants' Joint Statement of Undisputed Material Facts dated February 11, 2025; (3) the Declaration of Daniel R. Maguire executed February 11, 2025, with the annexed exhibits; (4) the Declaration of David Malone executed February 7, 2025, with the annexed exhibits; and (5) the Declaration of Richard Gobeille executed February 7, 2025, with the annexed exhibits.

In accordance with Local Rule of Civil Procedure 7(a)(1), Defendants intend to file and serve reply papers.

Oral argument is requested on this motion.

Dated:  February 11, 2025
        Buffalo, New York

**NIXON PEABODY LLP**

BY: /s/ *Erik A. Goergen*
Erik A. Goergen
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Telephone: (716) 853-8118
egoergen@nixonpeabody.com

*Attorneys for Defendant New York State Thruway Authority*

**LETITIA JAMES**
**Attorney General of the State of New York**

BY: /s/ *Daniel Maguire*
Daniel Maguire
Stephanie Joy Calhoun
Assistant Attorney General, of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 853-8400
Daniel.Maguire@ag.ny.gov

Stephanie.Calhoun@ag.ny.gov

*Attorneys for Defendants Governor of the State of New York, Attorney General of the State of New York, the Commissioner of the New York State Department of Transportation, and the Comptroller of the State of New York*

**CERTIFICATE OF SERVICE**

I, Erik A. Goergen, attorney and counselor at law admitted to practice before this Court, counsel with the firm of Nixon Peabody LLP, attorneys for Defendant New York State Thruway Authority, do hereby certify that on February 11, 2025, I electronically filed, on behalf of all Defendants, (1) Defendants' Joint Memorandum of Law dated February 11, 2025; (2) Defendants' Joint Statement of Undisputed Material Facts dated February 11, 2025; (3) the Declaration of Daniel R. Maguire executed February 11, 2025, with the annexed exhibits; (4) the Declaration of David Malone executed February 7, 2025, with the annexed exhibits; and (5) the Declaration of Richard Gobeille executed February 7, 2025, with the annexed exhibits.

Dated: Buffalo, New York
      February 11, 2025

                  /s/ Erik A. Goergen
                  Erik A. Goergen