**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

SENECA NATION, a federally recognized
Indian tribe,

        Plaintiff,

        v.

KATHLEEN C. HOCHUL, in her official
capacity as Governor of New York, *et al.*,

        Defendants.

Case No. 1:18-cv-429-LJV-MJR

**PLAINTIFF SENECA NATION'S
NOTICE OF MOTION FOR
SUMMARY JUDGMENT**

**Oral argument requested**

        **PLEASE TAKE NOTICE** that Plaintiff Seneca Nation (Nation) moves this Court for entry of summary judgment in its favor on its request for an injunction requiring all Defendants except the Comptroller to negotiate a valid easement for the use of the Nation's lands for the New York State Thruway (Thruway) (claim one in the complaint) and, alternatively, for a declaration that Defendants (except the Comptroller) continue to violate federal law by not obtaining a valid easement (claim three in the complaint).  The Nation also seeks summary judgment on all defenses to the complaint.  As set forth in more detail in the accompanying Memorandum of Law and Statement of Undisputed Material Facts in Support of the Nation's Motion for Summary Judgment, there is no genuine dispute as to any material fact and the Nation is entitled to judgment as a matter of law.  The Nation's Motion is further supported by the evidence included in the Appendix filed in conjunction with this Motion pursuant to Loc. R. Civ. P. 56(a)(3), including a Records Custodian Declaration submitted by Randall Trickey, Regional Realty Officer, U.S. Department of the Interior, Bureau of Indian Affairs – Eastern Regional Office, confirming the United States has no record of federal approval of the 1954 agreement.  *See* Loc. R. Civ. P. 7(a)(3).

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Preferences, this Motion contains no return date.

1

**PLEASE TAKE FURTHER NOTICE** that the Nation reserves the right to file a reply in support of its Motion pursuant to Loc. R. Civ. P. 7(a)(1).  Oral argument is requested.

DATED this 11th day of February 2025.

Donald Pongrace (pro hac vice)
James E. Tysse
*/s/ Merrill C. Godfrey*
Merrill C. Godfrey
Jenny Patten Magallanes (pro hac vice)
Brette A. Peña (pro hac vice)
Akin Gump Strauss Hauer & Feld, LLP
2001 K Street N.W.
Washington, D.C. 20006
(202) 887-4000
dpongrace@akingump.com
jtysse@akingump.com
mgodfrey@akingump.com
jpatten@akingump.com
bpena@akingump.com

Christopher Karns
Seneca Nation of Indians
12837 Route 438
Irving, NY 14081
(716) 532-4900
Chris.Karns@sni.org

*Attorneys for Plaintiff*