**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SENECA NATION, a federally recognized Indian tribe, | |
| Plaintiff, | Case No. 1:18-cv-429-LJV-MJR |
| v. | |
| KATHLEEN C. HOCHUL, in her official capacity as Governor of New York, *et al.*, | |
| Defendants. | |

**PLAINTIFF SENECA NATION'S APPENDIX TO LOCAL RULE 56**
**STATEMENT OF MATERIAL FACTS**

Pursuant to Local Rule of Civil Procedure 56(a)(3), the Seneca Nation submits this appendix of all cited evidence that has not otherwise been filed in conjunction with its Motion for Summary Judgment.

DATED this 11th day of February 2025.

Donald Pongrace (pro hac vice)
James E. Tysse
*/s/ Merrill C. Godfrey*
Merrill C. Godfrey
Jenny Patten Magallanes (pro hac vice)
Brette A. Peña (pro hac vice)
Akin Gump Strauss Hauer & Feld, LLP
2001 K Street N.W.
Washington, D.C. 20006
(202) 887-4000
dpongrace@akingump.com
jtysse@akingump.com
mgodfrey@akingump.com
jpatten@akingump.com
bpena@akingump.com

Christopher Karns
Seneca Nation of Indians
12837 Route 438
Irving, NY 14081

1

(716) 532-4900
Chris.Karns@sni.org

*Attorneys for Plaintiff*

2