# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

SENECA NATION, a federally recognized
Indian tribe,

       Plaintiff,

v.

ANDREW CUOMO, in his official capacity as
Governor of New York; LETITIA JAMES, in her
official capacity as New York State Attorney
General; PAUL A. KARAS, in his official capacity
as Acting Commissioner of the New York State
Department of Transportation; THOMAS P.
DINAPOLI, in his official capacity as Comptroller
of the State of New York; and THE NEW YORK
STATE THRUWAY AUTHORITY,

       Defendants,

Case No. 18-cv-00429

**RECORDS CUSTODIAN
DECLARATION**

## <u>DECLARATION OF RANDALL TRICKEY</u>

I, Randall Trickey, state and declare the following:

1.     I am the Regional Realty Officer for the United States Department of the Interior, Bureau of Indian Affairs, Eastern Region. I have held this position since March 7, 2004.

2.     In my capacity as Regional Realty Officer, I oversee a staff of regional Realty Specialists who provide technical assistance, training, and administrative review and monitoring of federal property operations for the federally recognized tribes in the Bureau's Eastern Region.  The Seneca Nation is a federally recognized tribe located in the Bureau's Eastern Region.  My responsibilities include ensuring that the authorized

1

uses of federal trust and restricted Indian land will be in compliance with all federal laws and regulations. The Eastern Regional Office maintains separate files for each of the tribes in the Eastern Region and the regional Realty Specialists, under my supervision, maintain those files.

3.    I have searched the records of the Bureau of Indian Affairs Eastern Regional Office and could not find any letters from the State of New York to the Department of the Interior submitting an easement for approval between the Seneca Nation and the State of New York signed in 1954.

4.    I have reviewed the response to a records search submitted to the American Indian Records Repository in Lenexa, Kansas and could not find any letters from the State of New York to the Department of the Interior submitting an easement for approval between the Seneca Nation and the State of New York signed in 1954 in the response.

5.    If the Department of Interior had approved an easement between the Seneca Nation and the State of New York, the Bureau of Indian Affairs would have a signed easement document in its files.

2

Pursuant to 28 U.S.C. § 1746, I, Randall Trickey, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2024.

RANDALL TRICKEY

Digitally signed by RANDALL TRICKEY
Date: 2024.06.24 12:17:01 -05'00'

Randall Trickey
Regional Realty Officer,
U.S. Department of the Interior
Bureau of Indian Affairs – Eastern
Regional Office
545 Marriott Drive, Suite 700
Nashville, TN  37214