# EXHIBIT C



## New York State Thruway Economic Impacts of Rerouting MP 452.3-455

**June 28, 2024**

Prepared for:



New York State Thruway Authority

Prepared by:

Rick Gobeille, P.E.

Stantec Consulting Services, Inc.

# 1.0   INTRODUCTION AND EXECUTIVE SUMMARY

Stantec Consulting Services Inc. (Stantec) was retained by the New York State Thruway Authority to estimate the economic impacts and capital costs of rerouting a portion of the Thruway's Erie Section between MP 452.3 and 455. This 2.7-mile portion of the Thruway currently traverses the Cattaraugus Territory of the Seneca Nation of New York.  Counsel for the Thruway Authority requested this expert study in connection with the Seneca Nation v. Hochul lawsuit.

This limited analysis includes development of a potential alternative routing which does not alter the current character of the Thruway, maintaining it as a high-speed, tolled highway with two lanes per direction and grade-separated interchanges. We have estimated a range of capital costs related to building this alternative route, revenue impacts to the Thruway Authority, additional costs to drivers, and other economic and traffic diversion impacts. Note that further study would be required if this this plan were to be executed.

Estimated financial impacts are summarized in Table 1.

**Table 1: Summary of Estimated Financial Impacts**

|  | **Estimated Impacts in 2024 Dollars** |
|---|---|
| Capital Cost (Design/Construction) | $2.1 to $3.0 billion |
| Loss in Thruway System Toll Revenue | $11 million/year |
| Additional Cost to Drivers | $8/trip for cars $23/trip for trucks |

To put the $2.1 to $3.0 billion capital cost of this alternative route into perspective, the current capital program cost for the entire New York State Thruway System over the next five years is $2.4 billion. Note that in order to fund the additional cost of the alternative route, a general toll increase of approximately 32 to 44 percent would be required to not affect the current capital program.

Additional local impacts would occur that are likely to require mitigation, including a near-doubling of traffic on Route 20 where it crosses the Cattaraugus Creek in Irving, and the nearby single-lane traffic circle. Further costs and impacts related to diversion to local routes have not been evaluated in this study.

## 1.1   QUALIFICATIONS OF STANTEC AND RICK GOBEILLE, P.E.

This expert study has been prepared by Stantec's Senior Principal Rick Gobeille, P.E., with the assistance of Stantec staff. Rick and Stantec staff he supervised on this project have consulted for the Thruway Authority for several decades.  Stantec and its predecessor firms can trace their experience all the way back to the initial feasibility studies and design of the original Thruway in the 1950's.  Most recently we have been engaged on design, inspection, construction, and finance & operations contracts, including traffic and revenue forecasting for bond financing, toll diversion impacts for environmental



assessments, engineering design, inspection, construction cost estimation, and construction inspection, among other activities, which makes us uniquely qualified to perform this analysis.

Rick Gobeille directs Stantec's global tolling practice.  He is a recognized leader in the field of toll consulting, including planning, toll systems technology, development and implementation, traffic and revenue forecasting, operating cost estimates, and toll facility operations. He has more than 40 years of experience and has led several toll collection initiatives in the industry's transformation from attended toll booth concepts to electronic toll collection (ETC), open road tolling (ORT), all electronic tolling (AET), and managed lanes. He has prepared reports and studies, and made more than 100 presentations to rating agencies, underwriters, and investors, in support of more than $39 billion of Toll Revenue Bond Sales and Trust Agreement requirements. Rick has also served as program manager for E-ZPass procurements and implementations across New York, as well as in West Virginia, New Hampshire, and Ohio. During the course of these initiatives, Rick was responsible for planning and implementing toll collection system operations, including the development of toll policies, back-office operations, as well as performing financial analyses and risk assessments, and producing revenue projections. Throughout his career he has effectively presented projects to the public, rating agencies, investors, legislative bodies, and trade groups. Milestone projects include the original testing and implementation of E-ZPass, revenue studies that supported the financing and construction of the Tappan Zee Bridge Replacement, conversions to All Electronic Toll Collection, and work assignments for over 50 different tolling agencies in North America. Earlier in his career, Rick worked on design projects for power plants, roadways and highway bridges.

Rick's detailed resume is included in Appendix A.

Stantec Consulting Services Inc. as a firm provides professional engineering and architectural services over a broad spectrum of disciplines for public and private infrastructure entities around the globe. With over 450 offices globally, we have an expert staff of over 31,000 professionals, including engineers, architects, planners, program/project managers, and scientists with expertise in planning, design, and construction administration for a wide range of projects. These include transportation facilities such as highways and bridges, airports, rail/transit stations and yards; waterfront facilities and coastal and resiliency planning; wastewater collection, treatment, and disposal systems; storm drainage; water supply, distribution, and treatment facilities; environmental impact document and permit preparation; and military, commercial, and industrial buildings.

Rick Gobeille's compensation to conduct this impact study was $385.15 per hour. The compensation for other staff engaged on this study was in the range of $102.70 to $298.49 per hour.

Rick has not testified at trial or by deposition in the last four years.

## 1.2    CAPITAL COSTS OF ALTERNATIVE ROUTE

Stantec was tasked with identifying the best potential alternative routing for the Thruway that circumvents the Cattaraugus Territory; we researched and consulted maps to develop what we believe to be a logical alternative routing of this section of the Thruway.  Our focus was on avoiding any sensitive areas, such as cemeteries, schools, wetlands, natural heritage communities, and historic resources, while keeping the alternative route as short and cost-effective as possible.



The alternative route would consist of a divided four-lane limited-access highway, ramps, mainline bridges, and local roadway overpasses meeting current Interstate standards. We have calculated the potential cost range to build this new route, including the costs of environmental impact studies required by NEPA (the National Environmental Policy Act), preliminary design, final design, quality control and contract administration, right-of-way procurement (purchase of property for the alternative routing), project construction and materials, and construction inspection. We have also estimated costs to remove the segment of the Thruway that would be decommissioned and replaced.

## 1.3   SOCIAL COSTS

Stantec has also estimated economic and traffic diversion impacts as part of this study.

### 1.3.1   Economic Impacts

Economic impacts we have assessed in this study include:

•       Additional costs for cars and trucks. With the longer alternative route, there will be additional fuel consumption, travel time, and other travel-related costs.

•       General impact on the trucking industry, interstate and international commerce

•       Impacts to local landholders. The alternative Thruway route would divide properties including farmland.

•       Impacts to the Thruway Authority's toll revenue. Rerouting a portion of the Thruway as a less direct route will make it less attractive to drivers, prompting some to divert to other roadways, causing a reduction in toll revenue.

### 1.3.2   Traffic Diversion Impacts

The alternative Thruway routing will have traffic implications for local roadways due to trip diversion – the shift of traffic from the Thruway to other routes that are perceived to be quicker and/or less costly. We have estimated where the traffic diversion could potentially occur if the current segment of Thruway were to be closed and replaced with the alternative route.

The following sections provide an overview of the Thruway System, and detail on how Stantec developed the impact estimates, including any assumptions and methodologies used.

# 2.0       OVERVIEW OF THE THRUWAY SYSTEM

## 2.1   THE THRUWAY SYSTEM

At 570 miles in length, the New York State Thruway is one of the largest tolled highway systems in the United States and is a critical component in the National Interstate Highway System.  There are few



3

alternatives to the Thruway as it connects the principal cities of the State from New York City to Albany, and on to Utica, Syracuse and Rochester through to Buffalo and the Pennsylvania state line.  The Thruway corridor serves 37 of the State's 62 counties and the majority of the State's population. Approximately 397 million toll transactions occurred on the Thruway in 2023, generating about $825 million in toll revenues. With the recent toll increase on January 1 of this year, 2024 toll revenue is expected to be around $986[1] million.

The Thruway is an important interstate connector, joining with the Massachusetts Turnpike (I-90), Connecticut Turnpike (I-95), New Jersey's Garden State Parkway, as well as several other Interstate routes such as I-287 from New Jersey; I-90 in Pennsylvania; I-290 around the north side of Buffalo; I-390 and I-490 serving Rochester; I-81, I-481 and I-690 at Syracuse; I-790 in Utica; I-87 (the Northway), I-88, I-90, I-787, and I-890 at Albany; and I-84 at Newburgh.  It also makes direct connections with numerous major State highways.

The Thruway is made up of two types of toll systems – a controlled system and a barrier system, as shown in Figure 1. The controlled system (approximately 481 miles) makes up the largest portion of the Thruway, running from Woodbury (in the southeast corner of the State) north along I-87 to Albany, then west on I-90 to Buffalo and south of Lake Erie to the Pennsylvania border.  In addition to this main stretch of the controlled system, there is a small branch south and east of Albany providing a connection to the Massachusetts border and the I-90 Massachusetts Turnpike.  The barrier systems - located in the southeast corner of the State and the northwest corner of the State - are composed of the Governor Mario M. Cuomo Bridge (formerly Tappan Zee Bridge barrier), Yonkers Barrier, New Rochelle Barrier, Spring Valley Barrier (where passenger cars only are toll-free), Harriman Barrier, and the Grand Island Bridges. All barriers have operated with cashless tolling since 2018 and the controlled system has operated with cashless tolling since 2020. With cashless tolling, vehicles no longer stop to pay; instead, detection systems mounted on overhead gantries identify vehicles, and they are either charged through E-ZPass or toll bills are mailed to the vehicle's owner.

Under the existing policy, toll rates across the Thruway System are based on vehicle classification, related to the number of axles per vehicle and the height of the vehicle over the first two axles.  On the controlled system, tolls are currently charged based on the actual distance traveled by the customer; these rates for vehicles with a NY E-ZPass are currently 4.69 cents per mile for a 2-axle (Class 2L) car and 23.85 cents per mile for a 5-axle (Class 5H) truck.  Meanwhile, barrier toll plazas have a fixed toll rate for each vehicle class and payment type (e.g., Tolls by Mail, non-NY and New York E-ZPass, as well as Commuter and other E-ZPass Discounts).

The 2,800 lane-mile Thruway roadway system was constructed between 1949 and 1960 and is one of the oldest components of the National Interstate Highway System.  The Authority is mandated to operate and maintain the original components of the Thruway as well as the Cross-Westchester Expressway. The entire Thruway System is currently about 570 total miles in length and has 134 interchanges.

---

[1] Stantec forecast for Series P General Revenue Bonds, January 2024.



**Figure 1: New York State Thruway System and Location of Segment Under Study**



## 2.2    THE ERIE SECTION AND SEGMENT UNDER STUDY

The Erie Section, shown on the left side of Figure 1, is part of the controlled system. It is 70 miles in length and runs between Buffalo (Exit 55) and the Pennsylvania State Line (Exit 61 in Ripley). In 2023 about $61 million[2] of the Authority's $825 million in toll revenue was collected on the Erie Section, which is forecasted to increase to $75 million in 2024[3]. The Erie Section contains the segment of Thruway under study, highlighted in Figure 1, between interchanges 57A (Eden-Angola) and 58 (Silver Creek). The distance between these two interchanges is 10.7 miles. The toll rates for the most common vehicles on the Erie Section, 2-axle cars and 5-axle trucks with NY E-ZPass, are shown in Table 2 and Table 3, respectively. For the Interchange 57A-58 segment alone, the rates for these vehicle types are $0.50 and $2.54 respectively. For all vehicle classes, non-NY E-ZPass and Tolls By Mail customers are charged 75% higher rates.

**Table 2: Erie Section Class 2L (2-Axle Car) Toll Rates with NY E-ZPass**

| No. | Erie Section Interchanges | 55 | 56 | 57 | 57A | 58 | 59 | 60 |
|---|---|---|---|---|---|---|---|---|
| 56 | Blasdell | 0.14 | | | | | | |
| 57 | Hamburg | 0.32 | 0.18 | | | | | |
| 57A | Eden-Angola | 0.72 | 0.58 | 0.41 | | | | |
| 58 | Silver Creek | 1.22 | 1.08 | 0.91 | 0.50 | | | |
| 59 | Dunkirk-Fredonia | 1.79 | 1.66 | 1.48 | 1.07 | 0.57 | | |
| 60 | Westfield | 2.60 | 2.46 | 2.29 | 1.88 | 1.38 | 0.81 | |
| 61 | Ripley | 3.12 | 2.98 | 2.80 | 2.40 | 1.90 | 1.33 | 0.52 |

**Table 3: Erie Section Class 5H (5-Axle Truck) Toll Rates with NY E-ZPass**

| No. | Erie Section Interchanges | 55 | 56 | 57 | 57A | 58 | 59 | 60 |
|---|---|---|---|---|---|---|---|---|
| 56 | Blasdell | 0.71 | | | | | | |
| 57 | Hamburg | 1.61 | 0.90 | | | | | |
| 57A | Eden-Angola | 3.67 | 2.96 | 2.06 | | | | |
| 58 | Silver Creek | 6.22 | 5.51 | 4.61 | 2.54 | | | |
| 59 | Dunkirk-Fredonia | 9.13 | 8.42 | 7.52 | 5.45 | 2.91 | | |
| 60 | Westfield | 13.24 | 12.53 | 11.63 | 9.57 | 7.03 | 4.12 | |
| 61 | Ripley | 15.87 | 15.16 | 14.26 | 12.19 | 9.65 | 6.74 | 2.62 |

*Notes: For all vehicle classes, non-NY E-ZPass and Tolls By Mail customers are charged 75% higher rates.*
*Toll rates for segment under study have been highlighted.*
*Source: https://www.thruway.ny.gov/travelers/tolls/schedules/2024-2027-toll-schedules/2024-ny-e-zpass-cpm.pdf*

For the Thruway segment under study, between 57A and 58, we have summarized Thruway entry-exit traffic volumes from 2018 and factored these to 2023 Erie Section average annual daily traffic (AADT) as shown in Figure 2. There are nearly 30,000 average daily vehicles on the segment. Some 61 percent start or end their trip beyond the western terminus of the Thruway (Pennsylvania or beyond). More than

---

[2] Includes a proportionally-applied reduction for commercial vehicle discounts

[3] Stantec forecast for Series P General Revenue Bonds, January 2024.



80 percent of trips start or end at the Interchange 55 terminus in Buffalo or beyond.  It should be noted that approximately 26 percent of traffic on the 57A-58 segment is commercial vehicles.

**Figure 2: 2023 AADT Thruway Entry/Exit Patterns of Traffic through 57A-58 Segment**



# 3.0    COST IMPACT ESTIMATION METHODOLOGY AND RESULTS

## 3.1    CAPITAL COSTS

Stantec identified a logical alternative routing for the Thruway that bypasses the Cattaraugus Territory. We conducted research and consulted maps to avoid sensitive areas (cemeteries, schools, wetlands, natural heritage communities, historic resources, etc.) while keeping the alternative route as short and cost-effective as possible. This route, and the general area under study, are shown in Figure 3.  Maps of the alternative route in relation to sensitive areas have been included in Appendix B.

**Figure 3: General Study Area and Assumed Alternative Thruway Route**



The alternative route is approximately 30 miles in length, versus approximately 13 miles of existing roadway resulting in a route 17 miles longer than the current Thruway route.  Like the current Thruway, the new route would consist of a divided four-lane limited-access highway, with interchange ramps, mainline bridges, and local roadway overpasses meeting current Interstate standards. No new interchanges were assumed with this route; however, a new connector to Interchange 58 would be added.

Stantec has calculated the potential cost range to build this new route. The following items were included in the capital cost estimate.

### *Project Construction and Materials*

The alternative route proposed would consist of a four-lane divided highway comprised of 12-foot-wide travel lanes with 8-foot left and 10-foot right shoulders.  The two directions of traffic would be separated by a 56-foot-wide grass median.  The route proposed would necessitate the construction of approximately 28 new local road overpasses along with the associated roadway approach work (local connections). Approximately 22 new mainline structures would be required to carry the mainline over streams, railroads, or major roadways.  Note that the cost of removal of the existing 13 miles of pavement and bridge superstructures was included in our estimates. A range of construction costs was developed using the New York State Department of Transportation's (NYSDOT) Pay Item Catalog; this database provides a summary of the unit prices bid on recent NYSDOT let projects.  For this study, we used the Statewide Average Bid Price and the Average Bid Price for NYSDOT Region 5 (Western New York) projects to determine a Low and High probable unit bid price for the major elements of work.  Based on this, the probable construction cost for this alternative route would be in the range of $1.5 to $2.1 billion in 2024 dollars.

### *NEPA and Preliminary Design*

The preparation of an Environmental Impact Statement (EIS) and the associated Preliminary Design tasks required to receive NEPA Approval can vary significantly based on project complexity, scope, and environmental considerations.   The preliminary design costs for a recent NYSDOT project of similar size (I-81 Viaduct Syracuse, NY: Preliminary Design - $92.3M; Construction - $2.25B) was approximately 4 percent of the anticipated construction cost.  As such, a similar percentage was applied to this study resulting in the NEPA and Preliminary Design costs to be in the range of $61 to $88 million.

### *Final Design*

The NYSDOT's Project Cost Table for Design-Bid-Build Projects indicates that Final Design costs for Roadway Reconstruction, Interchange Reconstruction and New Bridge Construction projects range from 10 to 15 percent of anticipated construction costs.  For this study, a value of 13 percent was used, resulting in Final Design costs to be in the range of $199 to $285 million.

### *QC and Contract Administration*

QC and Contract Administration Costs are assumed to be 3 percent of the anticipated construction cost per the NYSDOT Project Cost Table.  This results in the QC/CA costs for this project to be in the range of $46 to $66 million.



9

*Construction Inspection*

Per the NYSDOT Project Cost Table, Construction Inspection costs range from 5 to 10 percent of construction costs based on number of sites, schedule, location, and complexity of the project.  Inspection costs for paving projects are typically around 6 percent, reconstruction work 7 to 8 percent, and bridge projects around 9 percent.  Due to the complex nature of this project including the overall length and number of bridges required, a value of 10 percent of construction costs was used, resulting in the Construction Inspection costs to be in the range of $153 to $219 million.

*Right-of-Way Procurement*

The construction of a new limited access highway around the Cattaraugus Territory would require the acquisition of real property from residential, agricultural, and commercial property owners.  It is estimated that a 250-foot-wide highway boundary for the mainline, and the associated impacts to surrounding properties for constructing the various overpasses would result in the need to acquire a minimum of 1000 acres of land.  The costs associated with right-of-way (ROW) acquisitions can vary significantly based on factors such as location, property type, existing improvements/buildings, as well as the project specifics.  For this study, acquisition costs ranging from $75,000 to $125,000 per acre were used based on the need to purchase a large number of residential buildings, as well as farmlands and other agricultural businesses.  Based on this, the probable costs of ROW acquisitions for this project are estimated to be in the range of $75 to $125 million.

*Capital Cost Summary*

The following table summarizes the probable ranges of costs for rerouting the Thruway around the Cattaraugus Territory of the Seneca Nation of New York. The total capital costs are estimated to be $2.1 to $3.0 billion in 2024 dollars.  Further cost calculation details and assumptions have been included in Appendix C.

**Table 4: Capital Cost Estimates (2024)**

| Probable Project Costs (2024) | | |
|---|---|---|
| Item | Cost (Low) | Cost (High) |
| Project Construction and Materials | $1,485,500,000 | $2,115,250,000 |
| Removal of Old Segment of Thruway | $42,500,000 | $78,750,000 |
| NEPA and Preliminary Design | $61,000,000 | $88,000,000 |
| Final Design | $199,000,000 | $285,000,000 |
| QC and Contract Administration | $46,000,000 | $66,000,000 |
| Construction Inspection | $153,000,000 | $219,000,000 |
| Right-of-Way Procurement | $75,000,000 | $125,000,000 |
| **Total Costs** | **$2,062,000,000** | **$2,977,000,000** |

Note that the capital costs shown in Table 4 are in 2024 dollars. If the ranges of probable costs were adjusted to account for 3 percent annual inflation/escalation, the cost range would increase to $2.8 to $4.0 billion in the year 2034.



## 3.2    SOCIAL COSTS

Stantec has estimated economic and traffic diversion impacts as part of this study.

### 3.2.1    Economic Impacts

Economic impacts we have assessed in this study include travel-related costs, impacts to the Thruway Authority's revenue, impacts to local landholders, and general impacts on the trucking industry and commerce.

#### 3.2.1.1    Travel-related costs for passenger cars and trucks

With the longer alternative route, there will be additional costs to drivers related to increased travel distance, additional travel time, and other operational costs. We have estimated these separately for cars and trucks. Note that in this analysis we have only considered *variable costs*, and do not include any fixed costs related to vehicle ownership such as car purchase or insurance.

Though the Thruway Authority currently charges a per-mile rate for usage of the controlled system, for this analysis we did not assume any changes to the current tolls between interchanges though there would be a longer distance traveled on the Thruway with the alternative routing.

The alternative route as mapped by Stantec is approximately 17 miles longer than the current route. With a current speed limit of 65 miles per hour, we assume that the actual average speed of travel on the current and alternative route is 70 miles per hour.  This means that the alternative route will add nearly another quarter of an hour – 14 or 15 minutes – to a Thruway trip.

Table 5 presents the assumptions used in this trip cost analysis, which come from the American Automobile Association (AAA), Federal Highway Administration (FHWA), American Transportation Research Institute (ATRI) and other reputable sources typically used for estimation of driving costs. Fuel and wear-and-tear costs (specifically, repairs, maintenance and tires) were used to develop per-mile costs. Driver value of time (VOT) was used in estimating the hourly cost for car driver, and truck driver wages and benefits were used in the per-hour cost of driving for trucks.

The car driver VOT is a Stantec estimate, based on 50 percent of the household income of drivers on the segment, divided by 2,080 working hours per year. This is a method to estimate VOT that Stantec staff has used in hundreds (or more) of traffic and revenue studies for toll facilities it has completed over several decades; typically, a range of 40 to 60 percent is used.  The median household income for Erie County is $70,044 and the median for Chautauqua County is $54,625[4]. This calculates to approximately $30 per hour household income on average, and a $15 per hour driving VOT.

Table 5 also calculates the estimated per-mile and per-hour costs of driving, and the total additional cost per trip to use the alternative route versus the current route. For an average car, the additional cost per trip amounts to $8.01; for the average truck it amounts to an additional $22.99 per trip.

---

[4] 2022 Census data



There are about 30,000 trips per day that currently travel on the 57A-58 Thruway segment, and 26% are trucks. Using this information, we have calculated a total additional cost of $129.8 million to drivers on this segment annually if *all* were to stay on the Thruway with this alternative routing.

**Table 5: Assumptions and Estimates for Travel-Related Costs**

| | Cars | Trucks | Data Source or notes |
|---|---|---|---|
| **Per-Mile Costs of Driving** | | | |
| *per gallon cost of fuel (regular)* | $ 3.606 | | *gasprices.aaa.com, Buffalo-Niagara Falls MSA average, 6/11/24* |
| *per gallon cost of fuel (diesel)* | | $ 4.299 | *gasprices.aaa.com, Buffalo-Niagara Falls MSA average, 6/11/24* |
| *mileage per gallon* | 22.8 | 7.3 | *Highway Statistics 2022, FHWA Office of Policy Information* |
| Fuel | $ 0.158 | $ 0.589 | *Calculated from per-gallon fuel cost and mpg* |
| Repair, Maintenance & Tires | $ 0.098 | $ 0.241 | *Cars: "Your Driving Costs", AAA, August 2023* <br> *Trucks: "An Analysis of the Operational Costs of Trucking: 2023 Update", ATRI, June 2023* |
| **Total Per-Mile Cost** | $ 0.257 | $ 0.830 | |
| | | | |
| **Per-Hour Costs of Driving** | | | |
| Driving Value of Time (Cars) | $ 15.00 | | *Stantec Estimate, derived from 2022 Census data on household income* |
| Wages (Trucks) | | $ 29.20 | *"An Analysis of the Operational Costs of Trucking: 2023 Update", ATRI, June 2023* |
| Benefits (Trucks) | | $ 7.37 | *"An Analysis of the Operational Costs of Trucking: 2023 Update", ATRI, June 2023* |
| **Total Per-Hour Cost** | $ 15.00 | $ 36.57 | |
| | | | |
| Additional travel miles | 17 | | |
| Additional travel hours | 0.24 | | *Assumes 70 mph speed on current and alternate route* |
| | | | |
| Additional mileage cost/trip | $ 4.36 | $ 14.11 | |
| Additional time cost/trip | $ 3.64 | $ 8.88 | |
| **Total additional cost/trip** | **$ 8.01** | **$ 22.99** | |

| | Cars | Trucks | TOTAL | |
|---|---|---|---|---|
| AADT on Segment | 22,069 | 7,779 | 29,848 | *Derived from NYSTA data, 2023* |
| # of annual trips on segment (millions) | 8.1 | 2.8 | 10.9 | |
| Add'l mileage cost x number of ann'l trips (millions) | $ 35.2 | $ 40.1 | $ 75.2 | |
| Add'l time cost x number of ann'l trips (millions) | $ 29.3 | $ 25.2 | $ 54.6 | |
| **Annual Total Additional Costs (millions)** | $ 64.5 | $ 65.3 | **$ 129.8** | *Note: Annual costs assume no diversion* |

In our diversion analysis discussed in Section 3.2.2, we estimated a total of 65 percent of traffic would divert off the Thruway segment, therefore reducing the additional $129.8 million in driver costs to $84.9 million. This estimate assumes that vehicles that divert to off-Thruway routes, however, are not incurring additional travel costs even though their travel time will likely be longer than today.

### 3.2.1.2 Revenue impacts to Thruway Authority

Rerouting a portion of the Thruway as a longer, less direct route will make it less attractive to drivers. Therefore, some vehicles are expected to divert to other routes.  Using traffic diversions as shown later in this document (see Section 3.2.2, page 15), we have estimated potential toll revenue impacts to the Thruway Authority.



Table 6 presents an estimated percent of traffic diverting off each Thruway segment with the alternative routing. Some longer trips are expected to divert from a longer portion of the Thruway, not just the 57A-58 segment alone.

Table 6 also, using the current (2024) toll on each segment for Class 2L cars with NY E-ZPass as a proxy, estimates what the percent of Erie Section revenue would be lost with these diversions. Note that with the alternative routing, we have used the same interchange-to-interchange toll as today, and have not applied the current per-mile cost to the longer alternative route. The Erie Section will incur a 15 percent toll revenue loss under our analysis.

**Table 6: Estimated Volume Diversion by Thruway Segment and Percent Loss in Erie Section Revenue**

| | Volumes diverting from toll segment (2023 AADT) | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 55-56 | 56-57 | 57-57A | 57A-58 | 58-59 | 59-60 | 60-61 | | Total |
| Traffic diversion off each Thruway Segment (%) | 6% | 8% | 11% | 65% | 3% | 3% | 0% | | |
| Traffic diversion off each Thruway Segment (AADT) | 3,237 | 3,437 | 3,738 | 19,534 | 739 | 585 | 26 | | |
| 2L NY E-ZP Toll on Segment | $ 0.14 | $ 0.18 | $ 0.41 | $ 0.50 | $ 0.57 | $ 0.81 | $ 0.52 | $ | 3.13 |
| Segment Volume Est. for 2023 | 51,033 | 41,240 | 34,282 | 29,848 | 28,743 | 21,883 | 21,100 | | |
| Revenue if all vehicles were 2L NY E-Z | $ 7,145 | $ 7,423 | $ 14,055 | $ 14,924 | $ 16,383 | $ 17,725 | $ 10,972 | $ | 88,628 |
| Revenue LOSS if all vehicles were 2L NY E-Z | $ 453 | $ 619 | $ 1,532 | $ 9,767 | $ 421 | $ 474 | $ 14 | $ | 13,280 |
| Proportional Toll Rev Loss (Erie Section only) | | | | | | | | | **15%** |

Stantec last forecasted revenue for the Thruway in September 2023 for the January 2024 Series P General Revenue Bond financing. 2024 forecasted Erie Section toll revenue, taking into account the Thruway's commercial volume discount, was $75.3 million.  Applying this 15% revenue loss to Stantec's forecasted revenue on the Erie Section, we estimate annual toll revenue loss to the Thruway Authority of $11.3 million due to traffic diversion.

### 3.2.1.3   Impacts to local landholders

The alternative Thruway route would cause impacts to local landholders, disrupting or dividing properties including a significant number of residential properties and farmland. We have assumed that any property (parcel) within 400 feet of the alternative route will be impacted. Maps of impacted land parcels have been included in Appendix D.

Table 7 summarizes the number of impacted parcels and the total acreage attributed to these properties. Some 191 residential and 80 agricultural parcels are projected to be impacted. These two land uses make up 4,100 and 4,700 acres of impacted parcels, respectively. In the impacted area, 84 parcels comprising 2,200 acres are vacant land. Other land uses, including industrial, commercial, public services/utilities, open space, and community facilities/institutions make up just a small fraction of the impacted areas (6 percent of parcels, and 4 percent of acreage).



**Table 7: Properties Impacted by Alternative Thruway Route**

| Property | Number of Impacted Parcels | | | | Total Acreage in Impacted Parcels | | | |
|---|---|---|---|---|---|---|---|---|
| | County | | | | County | | | |
| Type | Cattaraugus | Chautauqua | Erie | Total | Cattaraugus | Chautauqua | Erie | Total |
| Residential | 63 | 59 | 69 | 191 | 1,712 | 1,151 | 1,256 | 4,120 |
| Agricultural | 10 | 30 | 40 | 80 | 1,057 | 1,111 | 2,569 | 4,737 |
| Vacant | 32 | 28 | 24 | 84 | 730 | 614 | 844 | 2,188 |
| Industrial | 6 | 0 | 0 | 6 | 98 | - | - | 98 |
| Public Services/Utilities | 3 | 0 | 3 | 6 | 27 | - | 94 | 121 |
| Commercial | 0 | 0 | 3 | 3 | - | - | 65 | 65 |
| Open Space | 2 | 0 | 0 | 2 | - | - | - | - |
| Community Facilities/Institutions | 0 | 7 | 0 | 7 | - | 145 | - | 145 |
| Total | 116 | 124 | 139 | **379** | 3,625 | 3,022 | 4,828 | **11,475** |

*Sources: Chautauqua and Erie: https://gis.ny.gov/parcels; Cattaraugus: https://www.cattco.org/real-property-and-gis/gis-pricing*

### 3.2.1.4   General impacts on commerce

The alternative Thruway routing will impact commerce. As stated previously, some 26 percent of the trips on the segment under study are commercial vehicles; the Erie Section of the Thruway/I-90 is clearly a major truck route. We had estimated in Table 5 that it would cost approximately $23 additional per truck trip, on average, to use the alternative Thruway route.  When trucking companies face increases in their operational costs, freight rates increase for the businesses that ship goods (whether it be dairy farmers or online retailers), resulting in net revenue losses for these businesses and potentially higher purchase prices for consumers.  Businesses that ship goods between the Buffalo area and points southwest of the Pennsylvania/New York State border would be particularly impacted because the Thruway is their primary transport route – there is no other direct, high-speed alternative.

Whether these truck trips chose to use the alternative Thruway route or divert to other roadways, there would be additional cost impacts due to additional travel time and/or distance. For example, a 5-axle truck trip from Erie, PA to Cheektowaga, NY (near Buffalo) diverting from the current Thruway 57A-58 segment to Route 20 would travel an additional distance of 1.6 miles, with an additional 8 minutes of travel time (if uncongested).[5] Using the truck travel costs shown previously in Table 5, and applying a $2.54 reduction in tolls from avoiding this segment of Thruway, the diverted trip would still cost at least $3.66 more per trip than today.  This travel cost increases as congestion on Route 20 – the main diversion route - worsens.

---

[5] Distance and travel time measured using Google Maps during an uncongested weekday.



14

### 3.2.2  Traffic Diversion Estimates and Impacts

The alternative Thruway routing will have traffic implications due to some trips diverting to local roadways. By dividing western New York State into traffic analysis zones, and collecting data on where the vehicles on the current Interchange 57A-58 segment begin and end their trip (origin and destination zone), Stantec estimated where the traffic shifts could potentially occur if the alternative routing were to happen.

Data from Streetlight, a mobility analytics platform that uses mobile device location information, was obtained to determine origin-destination patterns for traffic that currently uses the Thruway segment under study.  Figure 4 shows the zone structure that Stantec set up for this analysis. Two external zones have also been included to capture trips that begin or end beyond the zoned area: I-86/I-90 west of the PA State Line (External West), and I-90 east of Rochester (External East). Zone 1 which covers the Buffalo area also includes trips that cross to/from Canada, which cannot be further analyzed because of the limits of StreetLight's coverage area.



**Figure 4: Traffic Analysis Zones used for Traffic Diversion Estimates**



Table 8 presents the for each origin-destination (O-D) pair for trips currently using the Thruway segment through the Cattaraugus Indian Territory. The two directions of travel have been combined for simplicity, and O-D volumes are color-coded based on the magnitude of traffic.  As the table shows, the majority of trips (67 percent) have an origin or destination in Zone 1, the zone that includes Buffalo. Some 45 percent have a trip end to the southwest of the study area, in Pennsylvania or beyond.

**Table 8: Origin-Destination Matrix of Trips (AADT) that Currently Use Thruway 57A-58 Segment**



| Traffic Analysis Zones | Ext. East | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Ext. West | Total | % of Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ext. East | | | | | | | | | | | | | | |
| 1 | - | | | | | | | | | | | | - | 0% |
| 2 | - | - | | | | | | | | | | | - | 0% |
| 3 | 42 | 1,361 | 179 | | | | | | | | | | 1,583 | 5% |
| 4 | - | 26 | - | 5 | | | | | | | | | 31 | 0% |
| 5 | - | - | - | 3 | - | | | | | | | | 3 | 0% |
| 6 | - | - | - | 5 | - | - | | | | | | | 5 | 0% |
| 7 | 173 | 7,385 | 869 | 307 | 194 | 51 | 16 | | | | | | 8,993 | 30% |
| 8 | 34 | 2,240 | 276 | 130 | 24 | 9 | - | 1 | | | | | 2,714 | 9% |
| 9 | - | 1 | - | - | - | - | - | - | - | | | | 1 | 0% |
| 10 | 127 | 2,228 | 427 | 165 | 34 | 9 | 7 | 3 | - | - | | | 3,000 | 10% |
| Ext. West | 1,041 | 6,789 | 3,063 | 2,459 | 69 | 52 | 42 | - | 1 | - | - | | 13,517 | 45% |
| | | | | | | | | | | | | | | |
| Total | 1,417 | 20,031 | 4,814 | 3,073 | 321 | 122 | 64 | 4 | 1 | - | - | - | 29,848 | |
| % of Total | 5% | 67% | 16% | 10% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | | |

Stantec focused on the top twelve O-D pairs from Table 8 to estimate potential diversions to other routes if the Thruway segment were to be replaced with the longer alternative. These top twelve O-D pairs account for 95 percent of the total trips that use the current segment. By reviewing maps and travel times using Google Maps, Stantec identified the main competitors: Route 5, Route 20, Route 62, and Route 219 (and east). Figure 5 highlights these major diversion routes.



**Figure 5: Major Alternative Routes to Thruway Segment Between Interchanges 57A and 58**



A description of the routes is as follows:

- Route 20 (also called US 20 or Southwestern Boulevard) is the closest parallel route to the Erie Section of the Thruway. For the 57A-58 segment specifically, Route 20 is a half mile or less from the Thruway.  It is a rural highway operating with two lanes per direction, little development, and no posted speed limit except for the southern part of Erie Couty near the Cattaraugus Creek, where the speed limit is 45 mph.   The Cattaraugus Creek crossing – the only crossing of the creek west of the Thruway paralleling the 57A-58 segment - is labeled as both Route 20 and Route 5.

- Other parallel routes include Route 5 (Erie Road), a four-lane highway closer to Lake Erie, which operates with a 45-mph speed limit and three traffic lights on the parallel section. It has more residences and commercial activity - including a Seneca Casino - than most of the other routes. Route 5 connects into Route 20 at the traffic circle on the north side of Cattaraugus Creek.

- Route 62 (US 62) is a two-lane roadway that parallels the Thruway about three miles to the east. At the north end of the parallel segment, the route passes through the village of Eden, has one signal, and operates with a 35-mph speed limit.  Further south, the speed limit ranges between 45 and 55 mph and the roadway passes through mainly farmland.

- Route 219 (US 219 or Pittsburgh-Buffalo Highway) is a more distant route, between 10 and 20 miles to the east of the Thruway. The part of Route 219 that parallels Thruway 57A-58 segment and continues north, connecting to the Thruway at Interchange 55, is a four-lane grade separated highway with a speed limit of 65 mph. It passes through predominantly rural areas.

Stantec then approximated, for each O-D pair, the share of trips that would potentially divert to these other routes if the Thruway rerouting were to occur. This is summarized in Table 9.

**Table 9: Diversion Estimates by O-D Zone Pair**

| O-D Zone Pair | | movement AADT vol | % of total | Share diverting to: Rt 5 | Rt 20 | Rt 62 | Rt 219 & east | Sum of % Diverting | AADT diverting to: Rt 5 | Rt 20 | Rt 62 | Rt 219 & east | Total AADT diverting |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 7,385 | 25% | | 75% | 0% | | 75% | - | 5,539 | - | - | 5,539 |
| 1 | Ext. W | 6,789 | 23% | | 60% | | | 60% | - | 4,073 | - | - | 4,073 |
| 2 | Ext. W | 3,063 | 10% | | 20% | 5% | 5% | 30% | - | 613 | 153 | 153 | 919 |
| 3 | Ext. W | 2,459 | 8% | | 90% | | | 90% | - | 2,213 | - | - | 2,213 |
| 1 | 8 | 2,240 | 8% | | | 90% | | 90% | - | - | 2,016 | - | 2,016 |
| 1 | 10 | 2,228 | 7% | | 60% | | | 60% | - | 1,337 | - | - | 1,337 |
| 1 | 3 | 1,361 | 5% | 100% | | | | 100% | 1,361 | - | - | - | 1,361 |
| Ext. E | Ext. W | 1,041 | 3% | | | | 5% | 5% | - | - | - | 52 | 52 |
| 2 | 7 | 869 | 3% | | 20% | 5% | 5% | 30% | - | 174 | 43 | 43 | 261 |
| 2 | 10 | 427 | 1% | | 20% | 5% | 5% | 30% | - | 85 | 21 | 21 | 128 |
| 3 | 7 | 307 | 1% | | 100% | | | 100% | - | 307 | - | - | 307 |
| 2 | 8 | 276 | 1% | | | 50% | 50% | 100% | - | - | 138 | 138 | 276 |
| All others | All others | 1,403 | 5% | 10% | 30% | 30% | 5% | 75% | 140 | 421 | 421 | 70 | 1,052 |
| | Total | 29,848 | 100% | 5% | 49% | 9% | 2% | 65% | 1,501 | 14,761 | 2,793 | 478 | 19,534 |



19

As shown in Table 9, an estimated 19,534 vehicles in total would divert to these other routes on an average day, with the largest amount - nearly 15,000 - going to Route 20. A rule of thumb that traffic engineers use to estimate hourly traffic from AADT is to divide it in half to estimate directional daily traffic, then multiply by 10% to estimate the peak hour. This has been done in Table 10.

**Table 10: Estimated Peak Hour, Peak Direction Additional Traffic due to Diversion off Thruway**

| Route 5 | Route 20 | Route 62 | Route 219 & east |
|---|---|---|---|
| 75 | 738 | 140 | 24 |

The additional volumes on Routes 5, 62, and 219 are not expected to impact traffic significantly. They represent an average of 0 to 2 additional cars per minute during the peak, and there are other nearby rural routes that would also absorb some of the traffic diversion.

The Route 20 additional estimated peak hour volume of 738, however, will cause a detrimental impact to traffic congestion in that area. Because all traffic west of the Thruway funnels into one two-lane roadway – the Route 20 Cattaraugus Creek crossing – this bridge and connecting roadway which only operates with a single lane per direction will see congestion. The traffic circle just north of the bridge, which connects five branches of roadway including Route 20 and Route 5, only operates with a single lane and currently sees traffic congestion on its approaches during certain times of day.  The Route 20 bridge crossing the Cattaraugus Creek currently has AADT of approximately 17,000, and a peak hour, peak direction volume close to 800 vehicles[6].  The additional traffic would nearly double this amount. In order to mitigate traffic congestion, it would likely be necessary to add a lane per direction to the Route 20 bridge and roadway north and south of the creek, and also improve/widen/replace the traffic circle to accommodate the additional volume.

Figure 6 presents observations of traffic congestion at the Route 20 bridge over the Cattaraugus Creek and nearby traffic circle. Google Maps were used to present detected travel speeds (live traffic or typical conditions) during sample days and times during the PM peak travel period as noted.

---

[6] Data from NY State Traffic Data Viewer, accessed at:
https://nysdottrafficdata.drakewell.com/sitedashboard.asp?node=NYSDOT_SC&cosit=530093000000



20

**Figure 6: Observed Traffic Congestion, Rt 20/Rt 5 Traffic Circle and Cattaraugus Creek Bridge in Irving, NY**



## 4.0    SUMMARY OF ESTIMATES

The estimated impacts of rerouting the Thruway are summarized, to a reasonable degree of engineering and financial certainty, as follows:

- The capital cost of constructing the alternative Thruway route is likely to range from $2.1 to $3.0 billion in 2024 dollars.

- The additional cost for drivers to use this alternative routing is estimated to average around $8 for cars and $23 for trucks. If vehicles did not divert from this segment of the Thruway, the total additional annual cost to drivers is around $130 million at today's volumes and toll rates.

- The Thruway would be expected to lose more than $11 million in toll revenue annually with the alternative routing due to anticipated trip diversion.

- Local impacts would occur that are likely to require mitigation, including a near-doubling of traffic on Route 20 where it crosses the Cattaraugus Creek in Irving, and the nearby single-lane traffic circle[7].

To put the estimated range of capital costs - $2.1 to $3.0 million - into perspective, the Thruway Authority's current 5-year capital program has a cost of $2.4 billion. In order to fund the additional cost of the alternative route, a general toll increase of approximately 32 to 44 percent would be required to not affect the current capital program; this toll increase is projected to increase the Authority's statewide toll revenue by some $250 to $350 million.[8] Note that an increase in tolls to maintain the current capital program would lead to further diversion from the Thruway, leading to additional costs for drivers, additional lost toll revenue, and increased local impacts requiring mitigation.

## 5.0    LIMITS AND DISCLAIMERS

This is a high-level feasibility study analyzing a logical alternative route to the current Thruway alignment.  As such a range of costs was developed for the route selected.  Please note that if this alternative were to be developed it would require substantially more analysis and study than is included in this report.  It is possible that actual construction costs would vary from those presented in this report but would be of similar magnitude to those applied in this study.  The project if pursued would likely take several years to implement beginning with the environmental approval process, through final design, preparation of specifications, procurement of a contractor and roadway construction.

Any financial estimates included in this study are also high-level in nature.  They are not suitable in any way to support the financing of toll revenue bonds.  Additionally, any estimates of financing costs and needed toll revenues are informative only and do not represent a financial plan to develop the alternative.  Stantec is not an Independent Registered Municipal Advisor with the Securities and

---

[7] Further costs and impacts related to diversion to local routes have not been evaluated in this study.

[8] Calculations for estimated additional net revenue needs are included in Appendix E. The toll increases necessary to meet these needs were calculated using Stantec's proprietary traffic and revenue forecasting models.



Exchange Commission as defined by the Dodd Act and is not acting in that capacity for the Thruway Authority on this effort or any other assignment executed for the Authority.

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

**Stantec Consulting Services Inc.**

**Rick Gobeille P.E.**
Senior Principal

Phone:  +1-212-366-5625
Rick.Gobeille@stantec.com



23

# APPENDIX E

Calculation of Additional Revenue Needs



**Calculation of Additional Revenue Needs with Thruway Rerouting**

STANTEC ESTIMATES for Illustrative Purposes.  Not acting as IRMA for Authority.

| | | | With Rerouted Segment Low end Capital Cost | | With Rerouted Segment High end Capital Cost |
|---|---|---|---|---|---|
| | Capital Costs as Developed in Report | | $ 2,100,000,000 | | $ 3,000,000,000 |
| | Estimated Cost of Borrowing @ June 2024 Market Conditions | | 4.25% | | 4.25% |
| | Estimated Additional Annual Level Debt Service | | ($125,156,318) | | ($178,794,739) |

| | | Current Thruway | With Rerouted Segment Low end Capital Cost | Current Thruway | With Rerouted Segment High end Capital Cost |
|---|---|---|---|---|---|
| From Series P Official Statement (OS), Jan 31, 2024 | Projected Revenue | $ 1,087,000,000 | $ 1,087,000,000 | $ 1,087,000,000 | $ 1,087,000,000 |
| | Estimated Loss of Toll Revenue in Report with Rerouting | | $ (11,300,000) | | $ (11,300,000) |
| | Estimated Gross Revenues | $ 1,087,000,000 | $ 1,075,700,000 | $ 1,087,000,000 | $ 1,075,700,000 |
| From Series P Official Statement (OS), Jan 31, 2024 | Thruway Operating Expenses (OPEX)/ Environ Provision | $ 411,900,000 | $ 411,900,000 | $ 411,900,000 | $ 411,900,000 |
| Based on 68 additional lane miles | Add'l OPEX based on 2.4% Addl Lane Miles | | $ 9,885,600 | | $ 9,885,600 |
| From Series P Official Statement (OS), Jan 31, 2024 | Projected OPEX | $ 411,900,000 | $ 421,785,600 | $ 411,900,000 | $ 421,785,600 |
| | Net Revenue | $ 675,100,000 | $ 653,914,400 | $ 675,100,000 | $ 653,914,400 |
| From Series P Official Statement (OS), Jan 31, 2024 | Senior Debt Service | $ 255,300,000 | $ 255,300,000 | $ 255,300,000 | $ 255,300,000 |
| From Series P Official Statement (OS), Jan 31, 2024 | Junior Debt Service | $ 108,900,000 | $ 108,900,000 | $ 108,900,000 | $ 108,900,000 |
| From Estimate Above | Additonal Debt Service for Rerouting | | $ 125,156,318 | | $ 178,794,739 |
| Estimated Debt Service | Total Debt Service | $ 364,200,000 | $ 489,356,318 | $ 364,200,000 | $ 542,994,739 |
| | Coverage (Combined Senior/Junior) | 1.85 | 1.34 | 1.85 | 1.20 |

| | | Current Thruway | With Rerouted Segment Low end Capital Cost | % Incr. | Current Thruway | With Rerouted Segment High end Capital Cost | % Incr. |
|---|---|---|---|---|---|---|---|
| | Estimated Revenue Shortfall to Meet Debt Service Coverage | 0 | $ 253,181,838 | 23% | 0 | $ 352,608,797 | 32% |
| | 2024 Revenue | $ 1,087,000,000 | $ 1,328,881,838 | | $ 1,087,000,000 | $ 1,428,308,797 | |
| | OPEX | $ 411,900,000 | $ 421,785,600 | | $ 411,900,000 | $ 421,785,600 | |
| | Net Revenue | $ 675,100,000 | $ 907,096,238 | | $ 675,100,000 | $ 1,006,523,197 | |
| | Debt Service | $ 364,200,000 | $ 489,356,318 | | $ 364,200,000 | $ 542,994,739 | |
| | Coverage | 1.85 | 1.85 | | 1.85 | 1.85 | |
| Required Systemwide Toll Adjustment Using Proprietary Stantec Revenue Model | | | 32% | | | 44% | |