# EXHIBIT D

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

----------------------------------------x

SENECA NATION, a federally recognized

Indian tribe,

                    Plaintiff,

-against-      Case No:  1:18-cv-429-LJV-MJR

KATHLEEN C. HOCHUL, in her official

capacity as Governor of New York, et al.,

                    Defendants.

----------------------------------------x

               May 20, 2024

            9 a.m. - 2:09 p.m.

         EXAMINATION BEFORE TRIAL

                   OF

              DAVID MALONE

         appearing on behalf of

  The New York State Thruway Authority

        one of the Defendants HEREIN

            JOB # J11248872

**Page 2**

                    This is the 30(b)(6) DEPOSITION of
DAVID MALONE, appearing on behalf of Defendant
NEW YORK STATE THRUWAY AUTHORITY, taken by the
Plaintiff, pursuant to Second Revised Notice of
Deposition of the New York State Thruway
Authority pursuant to Fed. R. Civ. P. 30(b)(6),
held at The Hilton Albany, 40 Lodge Street,
Albany, New York 12207, on May 20, 2024,
commencing at 9:11 a.m., before BROOKE E. PERRY,
certified steno machine stenographer and Notary
Public of the State of New York.
*************************************

**Page 3**

         A P P E A R A N C E S
AKIN GUMP STRAUSS HAUER & FELD LLP
Attorneys for Plaintiff
2001 K Street, N.W.
Washington, DC 20006-1037
(202) 887-4000
BY:     BRETTE PEÑA, ESQ.
bpena@akingump.com
-and-
BY:  MERRILL GODFREY, ESQ.
mgodfrey@akingump.com

LETITIA JAMES
NEW YORK STATE ATTORNEY GENERAL
Attorneys for Defendants
Main Place Tower, Suite 300A
350 Main Street
Buffalo NY 14202
(716) 853-8400
BY:  DAVID SLEIGHT, ESQ.
David.Sleight@ag.ny.gov

NIXON PEABODY LLP
Attorneys for Defendant
The New York State Thruway Authority
40 Fountain Plaza, Suite 500
Buffalo, NY 14202-2224
(716) 853-8118
BY:  ERIK A. GOERGEN, ESQ.
egoergen@nixonpeabody.com

ALSO PRESENT:
GLENN WILLIS, Consultant for Plaintiff
CRAIG SLEZAK, New York State Thruway Authority

**Page 4**

         I N D E X

         TO TESTIMONY

    WITNESS:  DAVID MALONE

EXAMINATION BY                         PAGE

MS. PEÑA                                13

MR. GOERGEN                             147



DAVID MALONE  30(b)(6)
SENECA NATION -against- KATHLEEN C. HOCHUL

May 20, 2024
5–8

Page 5

I N D E X
TO EXHIBITS MARKED

| THRUWAY AUTHORITY | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Notice of Deposition of the New York State Thruway Authority Pursuant to Fed. R. Civ. P. 30(b)(6),Case No: 1:18-cv-429-LJV-MJR, dated December 22, 2023, consisting of 5 page(s); attached hereto | 21 |
| Exhibit 2 | Revised Notice of Deposition of the New York State Thruway Authority Pursuant to Fed. R. Civ. P. 30(b)(6), dated April 26, 2024, Case No:  1:18-cv-429-LJV-MJR, consisting of 5 page(s); attached hereto | 21 |
| Exhibit 3 | Second Revised Notice of Deposition of the New York State Thruway Authority Pursuant to Fed. R. Civ. P. 30(b)(6), dated May 8, 2024, Case No: 1:18-cv-429-LJV-MJR, consisting of 5 page(s); attached hereto | 22 |
| Exhibit 4 | New York State Thruway Authority Monthly Financial Report January 2024, consisting of 17 page(s); attached hereto | 44 |
| Exhibit 5 | Spreadsheet entitled Assets Within Lands, D0000004.XLSX, consisting of 1 page(s); attached hereto | 61 |

Page 6

I N D E X
TO EXHIBITS MARKED (Continued)

| THRUWAY AUTHORITY | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 6 | Stantec Memo dated September 1, 2023, Re: NYS Thruway Authority 2024 Budget Forecast, Bates stamped D0002786 through 817, consisting of 32 page(s); attached hereto | 67 |
| Exhibit 7 | Packet of documents, cover page User Agreement for Dark Fiber dated 12/14/22, Bates stamped D0000290 through 543, consisting of 128 page(s); attached hereto | 81 |
| Exhibit 8 | Bureau of Management Analysis and Projects, Manual 500-2, Section 02.9, Acquisitions, consisting of 10 page(s); attached hereto | 101 |
| Exhibit 9 | New York State Thruway Authority General Policy, Section Title:  Policies – Management of Property; Number:  25-6-02; Subject: Thruway Real Property Management Policy, consisting of 12 page(s); attached hereto | 115 |
| Exhibit 10 | Defendants' Response to Plaintiff's First Set of Interrogatories , Case No: 1:18-cv-429-LJV-MJRconsisting of several page(s); attached hereto | 121 |

Page 7

I N D E X
TO EXHIBITS MARKED (Continued)

| THRUWAY AUTHORITY | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 11 | State of New York Department of Public Works Bureau of Rights of Way and Claims Albany N.Y., Inter-Office Correspondence dated September 10, 1954, consisting of 3 page(s); attached hereto | 129 |
| Exhibit 12 | New York State Thruway Authority Inter Office Memorandum, dated September 20, 1954, consisting of 2 page(s); attached hereto | 131 |
| Exhibit 13 | New York State Thruway Authority letter to Department of  Audit and Control, dated October 8, 1954, consisting of 2 page(s); attached hereto | 133 |
| Exhibit 14 | New York State Thruway Authority Rights of Way and Claims Agreement of Adjustment dated April 25, 1955, consisting of 2 page(s); attached hereto | 135 |
| Exhibit 15 | New York State Thruway Traffic and Revenue Report, dated November 30, 2023, prepared by Stantec Consulting Services, Inc., Bates stamped D0003019 through 110, consisting of 91 page(s); attached hereto | 137 |

Page 8

I N D E X
TO EXHIBITS MARKED (Continued)

| THRUWAY AUTHORITY | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 16 | Responses and Objections to The Second Revised Notice of Deposition of The New York State Thruway Authority Pursuant to Fed. R. Civ. P. 30(b)(6) , consisting of 6 page(s); attached hereto | 155 |



Page 9

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that filing, sealing, and certifications of the within deposition are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that the original of the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court;

IT IS FURTHER STIPULATED AND AGREED that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & one copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all parties shall bear their own costs in the conduct of this deposition.

Page 10

F E D E R A L   S T I P U L A T I O N S

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that exhibits may be marked by the attorney presenting the exhibit to the witness; and THAT a copy of any exhibit presented to a witness shall be emailed to or otherwise in possession of all counsel prior to any questioning of a witness regarding the exhibit in question; and

THAT all parties shall bear their own costs in the conduct of this deposition.

* * * * * * * * * * * *

Page 11

NYS Thruway Authority by DAVID MALONE

THIS THE ORAL DEPOSITION OF DAVID MALONE, appearing on behalf of the DEFENDANTS  herein, THE NEW YORK STATE THRUWAY AUTHORITY, produced pursuant to RULE 30(B)(6) NOTICE OF DEPOSITION , on MAY 20, 2024, before BROOKE E. PERRY, Realtime Court Reporter and Notary Public in and for the State of New York.

* * * * * * *

THE REPORTER:  Good morning.  We are now on the record.  Today's date is Monday, May 20, 2024 and the time is now 9:11 a.m.  We are located at Hilton Albany, 40 Lodge Street in Albany, New York.  My name is Brooke Perry, I am a court reporter and notary public of the State of New York.

Present today are Brette Peña and Merrill Godfrey of Akin Gump, representing the plaintiffs; Erik Goergen from Nixon Peabody, LLP, representing the Thruway Authority; and David

Page 12

NYS Thruway Authority by DAVID MALONE Sleight, Assistant Attorney General of Buffalo representing all other defendants.

Also present is Glenn Willis, consultant for plaintiffs, and Craig Slezak with defendants.

I will now swear in the witness after which we may proceed.

* * * * * * *



Page 13

NYS Thruway Authority by DAVID MALONE

DAVID MALONE called as the witness, hereinbefore named, being first duly cautioned and sworn or affirmed by BROOKE E. PERRY, the Court Reporter and Notary Public herein, to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER:  Please state your name for the record.

THE WITNESS:  David Malone.

THE REPORTER:  Please state your address for the record.

THE WITNESS:  14 Damask Drive, Clifton Park, New York 12065.

EXAMINATION

BY MS. PEÑA:

Q.  Good morning, Mr. Malone.

A.  Good morning.

Q.  Let's just start with you telling me a little bit about what you do at the Thruway Authority.

A.  I'm currently the chief financial officer for the Thruway Authority.

Page 14

NYS Thruway Authority by DAVID MALONE

Q.  Great.

And what do your responsibilities look like?

A.  I have oversight responsibility for all the financial administration of the organization, the budgeting, any kind of debt administration that we're responsible for.  And the day-to-day financial administration, whether it be the payroll or paying vendors and that sort of thing.

Q.  Have you ever been deposed before?

A.  I have not.

Q.  Have you testified before?

A.  I have not.

Q.  And do you understand that you're testifying under oath and you're legally obligated to tell the truth today?

A.  Can I go back on that last one for a second?

Q.  Absolutely.

A.  I have testified on a personal matter.

Page 15

NYS Thruway Authority by DAVID MALONE

Q.  Okay.  What type of court was that in?

A.  It was Family Court and Supreme Court.

Q.  And I'll just repeat my question after that.

Do you understand that you're testifying under oath and legally obligated to tell the truth today?

A.  I do.

Q.  You must provide verbal answers, no gestures or head nods.  Those are hard to capture in the transcript.

Do you understand?

A.  Yes.

Q.  If you do not hear or understand a question that I ask, you can ask me to clarify and I'll repeat it or rephrase, but if you answer a question, I'll assume that you both heard and understood the question.

Do you understand?

A.  Yes.

Q.  Let me finish a question before

Page 16

NYS Thruway Authority by DAVID MALONE

you begin answering and I will wait to ask a new question as a courtesy to you.

Do you understand?

A.  Yes.

Q.  If you want to take a break, just let me know, but I'll ask you to answer any pending question before we leave the room.

Do you understand?

A.  Yes.

Q.  Are you represented by counsel today?

A.  Yes.

Q.  Who is your counsel?

A.  Eric, from Nixon Peabody.

Q.  Is there anything that would prevent you from testifying truthfully and accurately today?

A.  No.

Q.  Do you understand that you're here to testify on behalf of the New York Thruway Authority?

A.  Yes.



Page 69

NYS Thruway Authority by DAVID MALONE obligations of the organization.

Q. Why was there a need for additional revenue?

A. The organization issues municipal debt. We have a bond covenant with our bondholders that have certain requirements that are related to our net revenue. There's a calculation that's performed, and we have to have a net revenue amount that exceeds a certain ratio. And if our financial plan is indicating that that's not the case, then there's a need for additional revenue.

Q. So if you have a budget shortfall, you can adjust tolls to increase revenue for Thruway Authority?

A. Yes, the organization has the authority to set tolls.

Q. How does the Thruway Authority determine whether to adjust tolls versus some other kind of budget adjustment in the event of a shortfall?

A. The Thruway Authority's --

Page 70

NYS Thruway Authority by DAVID MALONE approximately 90 percent of our revenue is derived from the tolls. So there really isn't a lot of other different options if there's a need for additional revenue other than to adjust the tolls.

Q. You mentioned that tolls were recently increased. Why do you think a rational driver would still be willing to pay a higher cost to take the Thruway versus some no-cost alternative?

MR. GOERGEN: Object to form.

MS. PEÑA: I'll re-ask.

BY MS. PEÑA:

Q. How do you expect an increase in toll rates to affect traffic volume on the Thruway?

A. It wasn't forecasted to have any significant negative impact to our traffic.

Q. Why do you think that is?

A. I think that we offer our

Page 71

NYS Thruway Authority by DAVID MALONE customers a lot of convenience. I can't say why any specific customer decides to drive on the Thruway, but obviously the users of the system find that the system is an efficient way for them to get from point A to point B.

Q. Would you say it's faster to take the Thruway than other alternative free routes?

A. That's a really open-ended question. It depends.

Q. If you're traveling from here to Syracuse, do you think the Thruway is the most efficient and fastest way to get there?

A. Yes.

Q. If you're traveling from Buffalo to the Pennsylvania state line, is the Thruway the most efficient way to make that travel?

A. I would say yes.

Q. And that's one of the reasons people are willing to pay to use the Thruway as opposed to an alternative

Page 72

NYS Thruway Authority by DAVID MALONE route?

A. Yes.

Q. We were talking earlier and you mentioned that you had been working at the Thruway Authority since 1993. Would you say you're familiar with the history of the Thruway and its operations?

A. Yes.

Q. Are you familiar with the route the Thruway travels throughout the state?

A. I am.

Q. Are you familiar about how the rights of ways were acquired to build the Thruway?

A. I'm generally familiar.

Q. So how would you describe the Thruway to someone who's never heard of it?

A. Thruway is the longest toll road within the United States, and it's an interstate maintenance highway that crosses New York State and travels near



DAVID MALONE  30(b)(6)
SENECA NATION -against- KATHLEEN C. HOCHUL

May 20, 2024
73–76

Page 73

NYS Thruway Authority by DAVID MALONE to all the major metropolitan or almost all the major metropolitan areas within the State of New York.  And it connects in with interstate highways within surrounding states.

Q.  When you say it's a "maintenance highway," what does that mean?

A.  I'm not sure.  Did I say that?  Interstate -- interstate highway is I guess what I meant to say.

Q.  What's an interstate highway?

A.  It connects to other major highways within -- it's the states that surround New York State.  And it's part of the federal -- I believe it's part of the federal interstate maintenance system.

Q.  Why is that important, that it connects to the broader interstate system?

A.  The interstate maintenance system contributes to the movement of goods within the country for economic purposes, military purposes, general

Page 74

NYS Thruway Authority by DAVID MALONE travel purposes.

Q.  Is it important to the Thruway Authority that the Thruway connects to then network systems in other states?

A.  Yes.

Q.  How would you describe -- what's the important benefits of the Thruway?

A.  The most important benefit of the Thruway is it provides an efficient way for individuals to travel, for commercial trucking companies to move goods across the country, within the state, whenever they happen to be going.  That's the primary benefit of the system.

Q.  When did construction on the Thruway begin?

A.  I believe it began in the 19 -- it was either the 1940s or the early '50s.

Q.  And what kind of property interests make up the Thruway right-of-way that travels throughout the State of New York?

A.  Can you repeat the question.

Page 75

NYS Thruway Authority by DAVID MALONE

Q.  What are the types of property interests that make up the Thruway right-of-way?

A.  Thruway Authority doesn't directly own property.  But we have a continuous right-of-way that travels the entire route of the Thruway system.

Q.  And is most of that held in fee simple, meaning its ownership of the land underlying the Thruway?

A.  I don't know the exact makeup of how much is fee simple versus another type of ownership.

Q.  And how were those rights acquired when the Thruway was being built?

A.  A lot of the right-of-way was acquired prior to the creation of the Thruway Authority.  At the time, it was the Department of Public Works, which was the predecessor of the Department of Transportation, was involved in acquiring the right-of-way necessary to construct the system.

Q.  And most of it was acquired

Page 76

NYS Thruway Authority by DAVID MALONE through eminent domain, right?

A.  Yes.

Q.  And if eminent domain is used, a property owner can't refuse to convey an interest for Thruway purposes, right?

A.  Yes.

Q.  But not all interests in the Thruway right-of-way were acquired through eminent domain, correct?

A.  I believe so.

Q.  What are some examples of this, along the Thruway right-of-way?

A.  I don't know specific examples.

Q.  Could the Thruway exercise eminent domain over the nation's territory?

MR. GOERGEN:  Object to form.

You can answer if you know.

A.  I don't know.  Rely on counsel to answer that question.

BY MS. PEÑA:

Q.  Are there other Indian reservations through which the Thruway



Page 97

NYS Thruway Authority by DAVID MALONE to conveying an interest, correct?

A.   In general, yes.  I don't know the exact route or what different -- other right-of-way issues or legal issues could arise on, you know, on a different route.  But in general, yes.

Q.   And that's valuable to the Thruway to have a direct line between Buffalo and the Pennsylvania state line, correct?

A.   Yes.

Q.   So crossing the Nation's lands is valuable to the Thruway Authority?

A.   Crossing the Nation's lands allowed us to have a direct route down to the Pennsylvania border where we connected to the rest of the interstate maintenance system.

Q.   Shifting to how you acquire rights now, can you explain that process to me on how the Thruway Authority conducts new acquisitions of property?

A.   In general, we acquire property interests in the State of New York, the

Page 98

NYS Thruway Authority by DAVID MALONE name of the State of New York when they're needed for a capital project that we're performing.

Q.   What types of land interests would be needed for a capital project?

A.   It could be a true acquisition, which I think you referred to previously as fee simple, although, I'm not sure of all the different types of real property transactions, but we also for -- for our capital program projects, sometimes acquire either permanent or temporary easements.

Q.   How are those easements held?

A.   To my knowledge, they are held to the people of the State of New York.

Q.   Do you also hold leasehold interests?

A.   We do.

Q.   And you hold those in the name of the Thruway Authority, right?

A.   We are leases for office property, office space that we lease and sometimes to put communication

Page 99

NYS Thruway Authority by DAVID MALONE equipment onto other people's communication towers, and those leases are in the name of the Thruway Authority.

Q.   What's the process of acquiring an interest in property?

A.   In general, annually, our board approves a board item for our following year's contracts program.  That board authorization gives authorization to our chief engineer to do a number of things.  One of them is to acquire interests in property to the extent that it's needed to -- to perform one of these capital projects that's in the contracts program.  And that authority granted to our chief engineer is for acquisitions up to $300,000 per project, I believe.

Q.   What's the process for an acquisition over $300,000?

A.   If it was to exceed $300,000, it would require our board's approval.

Q.   Where does the financing come from

Page 100

NYS Thruway Authority by DAVID MALONE for those acquisitions?

A.   It comes either from Thruway Authority revenues or from proceeds for the issuance of debt, Thruway Authority issues.

Q.   The Thruway Authority finances its own acquisitions of real property, correct?

A.   Thruway Authority has the ability to do that.  On any specific acquisition or easement, how -- we need to look to see how we specifically financed, but we have the right to do that.

Q.   You're financing acquisitions using the Thruway's revenues or debt, correct?

A.   The --
When the Thruway Authority issues -- issues debt, general revenue debt, it's supported by the revenues of the Thruway.

THE WITNESS:  Before we do the next question, can I just



DAVID MALONE  30(b)(6)                                        May 20, 2024
SENECA NATION -against- KATHLEEN C. HOCHUL                    129–132

Page 129

NYS Thruway Authority by DAVID MALONE

marked as Thruway Authority Exhibit 11 for identification as of this date; attached hereto.)

* * * * * * * * *

(At which time, Thruway Authority Exhibit 11 was shown to the witness.)

* * * * * * * * *

BY MS. PEÑA:

Q.   You've been handed what's been marked as Thruway Exhibit 11.

Have you ever seen this document before?

* * * * * * * * *

(Brief pause while witness reviews document.)

* * * * * * * * *

A.   I don't believe so.

BY MS. PEÑA:

Q.   What does this document appear to be?

MR. GOERGEN:  Objection. This is outside the scope

Page 130

NYS Thruway Authority by DAVID MALONE

of the witness's knowledge based on the historical record of this case from 70 years ago.

You can answer.

* * * * * * * * *

(Brief pause while witness reviews document.)

* * * * * * * * *

A.   This is a memo from the Department of Public Works.

(Reading from Document)

It's dated September 10, 1954, and it says it's related to the Acquisition of rights of way from the Seneca Nation of Indians over the Cattaraugus Reservation for Subdivisions 5 and 6, Erie Section NYST -- assume that's the New York State Thruway.  It names the counties.

BY MS. PEÑA:

Q.   Does this appear to be authentic?

A.   Yes.

MR. GOERGEN:  Objection.

Page 131

NYS Thruway Authority by DAVID MALONE

A.   Yes.

BY MS. PEÑA:

Q.   This document is a part of the request for admission that were at issue in this case.

Do you know who was involved in reviewing your responses to the requests for admission?

A.   Our legal department, our counsel.

Q.   Do you have any reason to believe this isn't what it purports to be?

A.   No.

* * * * * * *

(New York State Thruway Authority Inter Office Memorandum, dated September 20, 1954, consisting of 2 page(s), was marked as Thruway Authority Exhibit 12 for identification as of this date; attached hereto.)

* * * * * * * * *

(At which time, Thruway Authority Exhibit 12 was shown

Page 132

NYS Thruway Authority by DAVID MALONE

to the witness.)

* * * * * * * * *

BY MS. PEÑA:

Q.   You've been handed what's been marked as Thruway Exhibit 12.

Have you seen this document before?

A.   I have.

Q.   What is it?

A.   It's a memo on Thruway Authority letterhead regarding the settlement with the Seneca Nation of Indians. It's dated September 20, 1954.

Q.   Is this from the Thruway Authority's files?

A.   I do not know.

Q.   Does the letterhead indicate it is from the Thruway Authority's --

A.   It does, yes.

Q.   Do you have any reason to believe this is not from the Thruway Authority's files?

A.   No.

Q.   Do you have any reason to believe



Page 141

NYS Thruway Authority by DAVID MALONE

A.   So in January 2024, the --
There was more passenger traffic on the Governor Mario M. Cuomo Bridge than there was on the Erie Section. However, with the commercial traffic, there was less commercial traffic on the Governor Mario M. Cuomo Bridge than there was commercial traffic on the Erie Section.

Q.   Are there any other responses regarding Exhibit 4, that you would change having the full copy?

A.   No.

MS. PEÑA:  And there's no objection to replacing Exhibit 4 with the full copy for purposes of the record?

MR. GOERGEN:  No objection.

* * * * * * *

(At which time, Thruway Authority Exhibit 15 was shown to the witness.)

* * * * * * * * *

Page 142

NYS Thruway Authority by DAVID MALONE

BY MS. PEÑA:

Q.   You've been handed what's been marked as Thruway Exhibit 15.
Are you familiar with this document?

* * * * * * * * *

(Brief pause while witness reviews document.)

* * * * * * * * *

A.   Yes.

BY MS. PEÑA:

Q.   What is it?

A.   (Reading from Document)
This is a traffic and revenue report, which also includes a review of physical conditions of the Thruway system that was prepared by Stantec for the Thruway Authority in conjunction with the issuance of general revenue bonds that we -- we actually closed on in February of 2024.

Q.   What do you use this document for?

A.   This is a required document, to be

Page 143

NYS Thruway Authority by DAVID MALONE

included in the preliminary offering statement when we are in the process of selling or -- yeah, issuing, I should say, issuing general revenue bonds, Thruway Authority general revenue bonds.

Q.   How often is this document updated?

A.   This report, this type of report is done every time we are issuing debt.

Q.   How often do you issue debt?

A.   It varies, depending on our financial plan.  Once a year; sometimes a couple of times a year.
There's occasionally a year when we don't do any debt issuance, specifically for Thruway Authority revenue-backed debt.

Q.   Turn to Bates page D0003026.  It's page 3 of the report.

(The Witness complied with counsel's request.)

A.   Yep.

Page 144

NYS Thruway Authority by DAVID MALONE

BY MS. PEÑA:

Q.   Can you read the first full sentence on that page?

A.   The sentence that starts "in our opinion"?

Q.   Yes.

A.   Yes.

(Reading from Document)
"In our opinion, the Thruway Authority has the capacity to generate additional revenues through periodic toll adjustments and if implemented, these adjustments would result in only small changes to traffic patterns."

Q.   Do you agree with that statement?

A.   Yes.

Q.   On the next page, on page 4, can you review the first full paragraph and let me know when you're done?

A.   The one that starts "at 570 miles"?

Q.   Yes.

* * * * * * * * *



DAVID MALONE  30(b)(6)

SENECA NATION -against- KATHLEEN C. HOCHUL

May 20, 2024

145–148

Page 145

NYS Thruway Authority by DAVID MALONE

(Brief pause while witness reviews document.)

* * * * * * * * *

A.  (Reading from Document)

"At 570 miles in length, the New York State Thruway is one the largest tolled highway systems in the United States and is a critical component of the national interstate network.

There are few alternatives to the Thruway as it connects the principal cities of the State from New York City to Albany, and on to Utica, Syracuse and Rochester, through to Buffalo and the Pennsylvania state line.

The Thruway corridor serves 37 of the State's 62 counties and the majority of the State's population. Approximately 375.7 million toll transactions occurred on the Thruway in 2022, generating about $820.4 million in toll revenues."

Q.  Is that an accurate statement?

Page 146

NYS Thruway Authority by DAVID MALONE

A.  Yes.

Q.  And the general description of the Thruway is consistent with your previous testimony about the Thruway?

A.  Yes.

Q.  Turning to page 7 of the report, Bates D0003030.

Under Fiber Optic System, it states:

(Reading from Document)

The "total income over the life of the agreements is estimated to be $161.3 million."

Is that an accurate reflection of the total income expected for fiber optic use agreements?

A.  Yes, for the fiber optic systems -- or, excuse me, for the user agreements, the 12 user agreements that we've entered into that are referred to in the same paragraph.

MS. PEÑA:  All right. That's it for this witness.

MR. GOERGEN:  Before

Page 147

NYS Thruway Authority by DAVID MALONE

Mr. Malone leaves, I just have a few follow-up questions for him.

EXAMINATION

BY MR. GOERGEN:

Q.  So Mr. Malone, you testified earlier that you received -- this was at the very beginning of the deposition -- that you received a third deposition notice, which has been marked as Exhibit 3.

I'm going to hand that back to you.

(Exhibit 3 handed to the witness by counsel.)

BY MR. GOERGEN:

Q.  You reviewed that sometime last week; is that correct?

A.  Yes.

Q.  Okay.  And that you did not recall receiving the prior deposition notices?

A.  Correct.

Q.  But you may have received it earlier, you just don't recall receiving it at this time; is that

Page 148

NYS Thruway Authority by DAVID MALONE

right?

A.  Yes.

MS. PEÑA:  Objection. Leading.

BY MR. GOERGEN:

Q.  When did you first know you were going to be deposed in this case, approximately?

A.  I'd say around the beginning of the year.

Q.  And how did you know you were going to be deposed?

A.  From conversations with our counsel's office.

Q.  And without getting into the substance of those conversations with counsel, do you recall who the attorneys were?

A.  The initial conversations were with Monique Magwood.

Q.  And Ms. Magwood is an attorney where?

A.  The Thruway Authority.

Q.  Did you have any discussions with



800.211.DEPO (3376)
EsquireSolutions.com