# EXHIBIT I



THE SECRETARY OF THE INTERIOR
WASHINGTON 25, D. C.

MAY 0 1 1946

INDIAN

BUREAU OF RIGHTS-OF-WAY
AND CLAIMS

J. FRANK O'MARAH
DIRECTOR

E. B. HUGHES
ASS'T DIRECTOR

STATE OF NEW YORK
DEPARTMENT OF PUBLIC WORKS
—
CHAS. H. SELLS
SUPERINTENDENT



ALBANY 1, N. Y.

Erie Thruway                                    May 7, 1946

MAY 8 - 1946
19397
OFFICE OF INDIAN AFFAIRS

ASST. COMMR HAS
NOT SEEN.

Hon. Wm. Zimmerman, Jr.
Asst. Commissioner
Office of Indian Affairs
Department of the Interior
Chicago 54, Ill.

Dear Sir:

Under the provisions of the Highway Law of the State of New York (Chap. 25 of Consolidated Laws) as amended by Chapter 619, Laws of 1945, the Department has prepared plans and specifications for the Erie Thruway, part of which it is proposed to extend through the Cattaraugus Indian Reservation in Erie County, N. Y., as you will note indicated on the attached map.

I have had a conference with Cornelius Seneca, Pres. of the Seneca Nation of Indians, about this proposed project which was held in Buffalo on Friday, April 28th.

Mr. Seneca recommended that I communicate with the residents of the land within the Reservation whose property is affected and endeavor to reach an agreement with each person as to the sum to be paid for their interest, and if such agreements can be made, he would then call a Council meeting of the Seneca Nation to ratify such action and agree on an amount to be paid the Seneca Nation. This is the same procedure I followed in dealing with the Seneca Nation when negotiations were undertaken with reference to P.S.C. Case No. 5389 for elimination of grade crossings near Irving, N. Y.

This Department understands it cannot appropriate or acquire fee title to Indian Lands on this Reservation and must

REPRODUCED AT THE NATIONAL ARCHIVES

Hon. Wm. Zimmerman, Jr.          -2-                    May 7, 1946

agree with the individual Indians whose allotment of land is involved in the project and obtain the consent of the Council of the Seneca Nation before any part of their property is used for this project and the Department proposes to proceed along that line.

Based on the Department's experience in the past in such matters, I would ask the consent and approval of the Department of the Interior as to this procedure.

If any additional information is desired as to this project, this office will be pleased to furnish same to your Department.

Very truly yours,

J. FRANK O'MARAH
Director

JFO:B
Copy to:
Mr. Berry
Mr. Sells
Mr. Tallamy
Mr. Gawkins
Mr. Waters

ASST.COMMR HAS
NOT SEEN

REPRODUCED AT THE NATIONAL ARCHIVES





Case 1:18-cv-00449-LJV-MJR   Document 117-12   Filed 02/11/25   Page 5 of 5

MAP OF PORTION OF CATTARAU

INDIAN RESERVATION IN ARE

PROPOSED ERIE THRUWAY

NEW YORK STATE

DEPARTMENT OF PUBLIC WORKS

C.R. WATERS D.E.   DISTRICT NO. 5

TRACED FROM AERIAL PHOTOGRAPHS
ARN 26-97 AND ARN 26-99

SCALE: 1"=700' APPROX.