# EXHIBIT J



THE SECRETARY OF THE INTERIOR
WASHINGTON 25, D. C.

JUN 1 0 1946



My dear Mr. O'Marah:

The receipt is acknowledged of your letter of May 7, concerning the proposed construction of the Erie Thruway across the Cattaraugus Reservation.

You advise that Mr. Seneca, President of the Seneca Nation of Indians has recommended that an agreement be reached between your Department and the individual Indians, whose property will be affected by the construction of the Erie Thruway. Upon reaching an agreement with individual Indians as to the amount of damages to be paid them, Mr. Seneca is agreeable to call a council meeting for the purpose of determining the amount of damages due the tribe.

It appears this procedure is similar to that used in the acquisition of a right of way for elimination of a grade crossing, P. S. C. Case No. 5389, near Irving, New York. This Department is agreeable to your proposal that the same method used in acquiring a right of way for the grade crossing be used for the acquisition of a right of way for the Erie Thruway. Maps of definite location together with your application should be filed with the Superintendent. Signed copies of the agreements executed by the individual Indians should also be furnished. The consideration cited in the agreements may be paid to the Indians entitled thereto.

It should be understood that before any construction work is commenced consent of the Indian owners must be obtained. It is agreeable to this Department for the New York State Department of Public Works to begin construction work on the Erie Thruway after consent of the individual Indians and tribal council has been obtained and payment of the damages has been made.

Sincerely yours,

Acting Secretary of the Interior.

Mr. J. Frank O'Marah, Director,
Bureau of Rights-of-Way and Claims,
Department of Public Works,
Albany 1, New York.