# EXHIBIT K

New York State Thruway
Erie Section
Chautauqua County Subdivision 5
Erie County Subdivision 6A

## T H I S   I N D E N T U R E

made the ___5ᵗʰ___ day of ___October___, nineteen hundred and fifty-four between

THE SENECA NATION OF INDIANS, hereinafter referred to as the first party; and,

THE PEOPLE OF THE STATE OF NEW YORK, acting by and through the New York State Thruway Authority having its principal office at 119 Washington Avenue, Albany, New York, hereinafter referred to as the second party.

WITNESSETH, that the first party in consideration of the receipt of check of the New York State Thruway Authority issued by the Comptroller of the State of New York in the sum of Seventy-five Thousand Five Hundred Dollars ($75,500.00) does hereby grant and release unto the second party, its successors, and assigns forever,

A PERMANENT EASEMENT for Thruway purposes to be exercised in, on and over the property hereinafter described for the purposes of constructing, reconstructing and maintaining a Thruway, together with drainage structures and appurtenances, without the right of access to and from abutting property.

Said lands are described as follows:

ALL those portions of the Cattaraugus Indian Reservation lying and being in the Counties of Erie and Chautauqua, State of New York, as shown on map attached hereto and made a part hereof entitled, "Map of Lands to be acquired for Thruway Purposes from Cattaraugus Indian Reservation", dated September 17, 1954, and

0006

such other additional abutting lands as may be required for changes or modifications of the lines of such Thruway and interchange and incidental facilities provided that the total area of such lands as finally laid out shall not exceed three hundred (300) acres in area; exclusive of rights of way required for relocation of public utilities.

This conveyance and the compensation paid therefor are upon the following terms and conditions:

(a)   The first party will grant rights of way to public utility corporations where necessary for relocation, without payment, but the costs of relocation are to be assumed by such public utility corporations and/or the second party.

(b)   This conveyance and payment therefor are exclusive of any claims arising from existing leases heretofore made by first party affecting such lands.

(c)   This conveyance and payment are exclusive of the rights of individual Seneca Indian landowners and the second party is to compensate the individual Seneca Indian landowners affected, for their interest in said lands and damages thereto by reason of the use or appropriation thereof for Thruway Purposes.

(d)   The first party agrees that the Council of the Seneca Nation of Indians will expeditiously approve the right of such individual Seneca Indian landowners as the proper person or persons having the right of occupation of the affected property and legally entitled to receive compensation by reason of the acquisition of a permanent easement thereover for Thruway purposes; without cost to the second party.

(e)   That this instrument shall operate as a General Release by the first party of all claims in any manner arising out of the appropriation, construction and use of the New York State Thruway across the lands of the Cattaraugus Indian Reservation occupied by first party; subject to the conditions above mentioned so far as the same may be applicable.

(f) This conveyance, subject to the conditions herein mentioned, is made in pursuance of resolution duly adopted by the Council of the Seneca Nation of Indians in Special Session held at the Allegany Reservation Courthouse on September 18, 1954, authorizing same.

TO HAVE AND TO HOLD the permanent easement herein granted unto the second party, its successors and assigns forever,

IN WITNESS WHEREOF, the first party has caused this instrument to be executed by its duly authorized officers and its seal to be hereunto affixed the day and year first above written.

S E A L

THE SENECA NATION OF INDIANS

BY: _Francis Kettle_
FRANCIS KETTLE, President

BY: _John Van Aernam, Jr._
JOHN VAN AERMAN, JR., Clerk

STATE OF NEW YORK )
                )
                ) SS.:
COUNTY OF Erie )

On this _5_ day of _October_, in the year One Thousand Nine Hundred and _Fifty Four_, before me personally came FRANCIS KETTLE to me known, who, being by me duly sworn, did depose and say that he resides at Lawton, New York; that he is the President of The Seneca Nation of Indians the corporation described in, and which executed, the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Council of said corporation and that he signed his name thereto by like order.

_William J Chamberlin_
Notary Public
County of Erie
Comm Expires 1955

STATE OF NEW YORK)
               ) SS.:
COUNTY OF Erie )

On this _5_ day of _October_, in the year One Thousand Nine Hundred and _Fifty Four_, before me personally came JOHN VAN AKERMAN, JR. to me known, who, being by me duly sworn, did depose and say that he resides at Versailles, New York; that he is the Clerk of The Seneca Nation of Indians the corporation described in, and which executed, the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Council of said corporation and that he signed his name thereto by like order.

_William J Chamberlin_
Notary Public