# EXHIBIT L

*Erie Thruway*

TO: B. D. Tallamy, Chairman

DATE: September 20, 1954

FROM: P. G. Baldwin, Director

SUBJECT: Settlement with the Seneca Nation of Indians

I am pleased to advise that I have been able to work out a deal with the Seneca Nation of Indians which I believe will be satisfactory to all concerned. You will recall from my previous memorandum that the Indian representatives had demanded, among other things, one-third of the revenue received from toll collections over that portion of the Thruway passing through the Indian reservation. Although no figures were mentioned at that time, our calculations in this item alone indicated that the Indian nation might be seeking as much as one-half million dollars for the right to pass through their lands. It required several hours of very frank talk to convince them that we would not entertain any proposition based upon revenues received from the operation of the Thruway. Our appraisal of the rights of the nation in the 300 acres of land required for the Thruway was estimated to be some figure between $50,000.00 and $100,000.00. We finally got the Indian representatives to come out with an asking of $150,000.00, which we finally hammered down to a settlement at $75,000.00. This is much lower than any of us expected to acquire these lands for, but I believe that such a figure represents a very fair settlement for all concerned.

An agreement will be drawn within the next few days, and presented to the Indian nation for signatures. They have stipulated that we cannot make entry upon their reservation for construction purposes until they have a check in their hands. If everything works out allright, and I can get the offices of the Attorney General and Comptroller to cooperate, I believe it will be possible to deliver a check to them within the next ten days to two weeks. We will then be in a position to award our contract and proceed with the work.

I trust that these arrangements will meet with your approval.

Respectfully submitted,

P. G. BALDWIN

cc: E. B. Hughes,
    Deputy Supt.
   C. H. Lang,
    Deputy Chief Engr.
   H. A. Evans,
    Executive Asst.

STATE OF NEW YORK
DEPARTMENT OF PUBLIC WORKS
Bureau of Rights-of-Way and Claims

FROM: **P. G. BALDWIN,** Director

TO: E. B. HUGHES

For your information