# EXHIBIT N

# Seneca Nation of Indians



President - Maurice A. John, Sr.
Clerk - Jacqueline Bowen

P.O. BOX 231
SALAMANCA, NEW YORK 14779

Tel. (716) 945-1790
FAX (716) 945-0150

Treasurer - Kevin W. Seneca

12837 ROUTE 438
IRVING, NEW YORK 14081

Tel. (716) 532-4900
FAX (716) 532-6272

AT THE REGULAR SESSION OF COUNCIL OF THE SENECA NATION OF INDIANS HELD ON APRIL 14, 2007 AT THE WILLIAM SENECA BUILDING ON THE CATTARAUGUS TERRITORY IRVING, NEW YORK, 14081

CN: S-04-14-07-27

EXECUTIVES PRESENT:

PRESIDENT -     MAURICE A. JOHN
CLERK      -     JACQUELINE BOWEN
TREASURER -     KEVIN W. SENECA

---

RESCINDING APPROVAL OF THRUWAY RIGHT-OF-WAY / APPROVAL

MOTION     by J. Conrad Seneca, seconded by Tina Abrams that the Seneca Nation Council approves the following resolution, as amended;

WHEREAS,   on September 18, 1954, the Nation's Council authorized a right-of-way for the construction of the New York State Thruway across approximately 300 acres of Nation land located within the Nation's Cattaraugus Territory for a fixed payment of $75,000 00; and

WHEREAS,   the State of New York, through the New York State Thruway Authority, constructed approximately three miles of interstate highway over and across Nation lands; and

WHEREAS,   federal law at the time of the grant required the approval of the Secretary of the Interior for the right-of-way granted by the Nation to be legally valid and binding; and

WHEREAS,   the United States never granted the required approval for the Thruway; and

RESCINDING APPROVAL OF THRUWAY RIGHT-OF-WAY / APPROVAL
REGULAR SESSION OF COUNCIL
APRIL 14, 2007
PAGE 2

WHEREAS,   Magistrate Judge Carol Heckman of the District Court for the Western District of New York determined that the Thruway right-of-way was invalid as a matter of federal law, but that ultimately the Nation's claim was dismissed on the basis of the State's sovereign immunity and indispensability (*see Seneca Nation of Indians v. State of New York*, 383 F.3d 45 (2d Cir. 2004)); and

WHEREAS,   the construction and continued use of Nation lands by the New York State Thruway Authority has illegally dispossessed the Nation of the occupancy and use of its lands without just compensation; and

WHEREAS,   Council finds that it is unconscionable to allow the State Thruway Authority the continued use of Nation lands in violation of federal law; and

WHEREAS,   Council further finds that the State's past, present and future use of Nation lands without the receipt of appropriate compensation to the Nation has caused grave injury to the Nation and its members by depriving the Nation's government of revenues necessary to provide for the health, education and welfare of its people.

NOW THEREFORE BE IT

RESOLVED,   that the September 18, 1954 Council Resolution relating to a right-of-way for the New York State Thruway is rescinded in its entirety; and be it further

RESOLVED,   that the prior and continued use of the illegal right-of-way through Nation lands by the State shall constitute an ongoing act of trespass; and be it further

RESOLVED,   that the Nation's Route 17/219 & Right of Way Committees, and Department of Justice are hereby authorized and directed to initiate the process of developing options for obtaining payment for the State's past and ongoing illegal possession and use of Nation lands upon which the Thruway is constructed; and be it further

RESOLVED,   that the Nation's President, Maurice A. John Sr., is hereby authorized and directed to give notice to the State of New York of the rescission of the 1954 Resolution and requesting the initiation of negotiations to attempt to resolve this transgression against the Nation and its people.

ALL IN FAVOR                                    MOTION CARRIED

RESCINDING APPROVAL OF THRUWAY RIGHT-OF-WAY / APPROVAL
REGULAR SESSION OF COUNCIL
APRIL 14, 2007
PAGE 3

## CERTIFICATION

I hereby certify the foregoing extract is a true and correct copy from the minutes of the Regular Session of Council of the Seneca Nation of Indians held on April 14, 2007, on the Cattaraugus Territory, original of which is on file in the Clerk's Office of the Seneca Nation of Indians.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and caused the seal to be affixed at the William Seneca Building, on the Cattaraugus Territory, on the 16th day of April 2007

ATTEST

JACQUELINE BOWEN, CLERK
SENECA NATION OF INDIANS

{SEAL}