# EXHIBIT O

# Seneca Nation of Indians



President - Maurice A. John, Sr.
Clerk - Jacqueline Bowen

P.O. BOX 231
SALAMANCA, NEW YORK  14779

Tel. (716) 945-1790
FAX (716) 945-0150

Treasurer - Kevin W. Seneca

12837 ROUTE 438
IRVING, NEW YORK  14081

Tel. (716) 532-4900
FAX (716) 532-6272

AT THE REGULAR SESSION OF
COUNCIL OF THE SENECA NATION OF
INDIANS HELD ON MAY 12, 2007 AT
THE G.R. PLUMMER BUILDING ON
THE ALLEGANY TERRITORY
SALAMANCA, NEW YORK, 14779

CN: R-05-12-07-17

EXECUTIVES PRESENT:

PRO-TEMPORE-        ROBERT PIERCE
CLERK        -        JACQUELINE BOWEN
TREASURER -        KEVIN W. SENECA

## TO ACCESS FEE ON PASSAGE THROUGH NATION LANDS/APPROVAL

MOTION:        by J. Conrad Seneca, seconded by Travis Jimerson that the Nations Council approves the following; *as amended:*

WHEREAS,        the Nations Council has recently rescinded the authorization for the State of New York to utilize Nation lands for the New York State Thruway; and the Council has declared that the continued use of Nation lands by the State for the Thruway is an ongoing act of trespass; and

WHEREAS,        the Council further declares that the Thruway is an improvement to the Nation's lands over which the Nation assumes ownership; and

WHEREAS,        the Council determines as a matter of policy that the Nation is entitled to fair and just compensation for the use of its lands by motorists that have been given the appropriate permission, and

WHEREAS,        the Nation is entitled to such compensation by the non-Indians who travel through Nation lands on the Thruway; and

NOW, THEREFORE, BE IT

TO ACCESS FEE ON PASSAGE THROUGH NATION LANDS/APPROVAL
REGULAR SESSION OF COUNCIL
MAY 12, 2007
PAGE 2

RESOLVED, that motorists traveling through Nation lands on the New York State Thruway are hereby granted permission to do so, *provided*, that such motorists shall pay a fee to the Nation in the amount one dollar per vehicle; and

FURTHER RESOLVED,

that such fee shall be collected by the New York State Thruway Authority and remitted to the Nation on the grounds that such action is an appropriate minimal burden of administration; and

FURTHER RESOLVED,

that the Nation's Transportation Department is authorized and directed to erect signs entering the Nation's territory from the New York State Thruway to include the following information:

WELCOME TO THE SENECA NATION.
YOU HAVE NOW LEFT NEW YORK STATE AND
ARE SUBJECT TO THE LAWS AND JURISDICTION OF THE SENECA NATION.
A FEE IS BEING ASSESSED FOR
YOUR PASSAGE THROUGH NATION LANDS AND
PAID BY NEW YORK STATE ON YOUR BEHALF

And;

FURTHER RESOLVED,

that the State is hereby directed to make payment of the fee imposed herein on a monthly basis, with such payment to be received by the Nation within ten (10) days of the month end; and

FURTHER RESOLVED,

that the Nation's President, Maurice A. John, Sr., is hereby authorized and directed to give written notice of the State's liability for the fees imposed pursuant to this Resolution, to New York State Governor Eliot Spitzer and the Chief Executive of the NYS Thruway Authority, with such fee to take effect as of 12:01 a.m. on May 18th, 2007.

ALL IN FAVOR                                    MOTION CARRIED

CERTIFICATION

I hereby certify the foregoing extract is a true and correct copy from the minutes of the Regular Session of Council of the Seneca Nation of Indians held on May 12, 2007, on the Allegany Territory, original of which is on file in the Clerk's Office of the Seneca Nation of Indians.

TO ACCESS FEE ON PASSAGE THROUGH NATION LANDS/APPROVAL
REGULAR SESSION OF COUNCIL
MAY 12, 2007
PAGE 3

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and caused the seal to be affixed at the G.R. Plummer Building, on the Allegany Territory, on the 14th day of May 2007.

ATTEST:

{S E A L}

JACQUELINE BOWEN, CLERK
SENECA NATION OF INDIANS