# EXHIBIT P

# Seneca Nation of Indians

President - Maurice A. John, Sr.
Clerk - Jacqueline Bowen

P.O. BOX 231
SALAMANCA, NEW YORK 14779

Tel. (716) 945-1790
FAX (716) 945-0150



Treasurer - Kevin W. Seneca

12837 ROUTE 438
IRVING, NEW YORK 14081

Tel. (716) 532-4900
FAX (716) 532-6272

AT THE REGULAR SESSION OF COUNCIL OF
THE SENECA NATION OF INDIANS HELD ON
JUNE 09, 2007 AT THE G.R. PLUMMER
BUILDING ON THE ALLEGANY TERRITORY
SALAMANCA, NEW YORK, 14779.

CN: R-06-09-07-26

EXECUTIVES PRESENT:

| | | |
|---|---|---|
| PRESIDENT - | | MAURICE A. JOHN |
| CLERK - | | JACQUELINE BOWEN |
| ACTING TREASURER - | | TRAVIS JIMERSON |

## AMENDING RESOLUTION REGARDING THRUWAY TOLLS / APPROVAL

**MOTION:** by Donald John, seconded by J. Conrad Seneca that the Seneca Nation Council approves the following resolution;

**WHEREAS,** on April 14, 2007, the Nation's Council voted to rescind its approval of the right-of-way for the New York State Thruway; and

**WHEREAS,** pursuant to Council Resolution CN: R-05-12-07-17, the Nation imposed a fee on motorists traveling across Nation lands on the New York State Thruway in the amount of $1.00 per vehicle, with an effective date of May 18th, 2007; and

**WHEREAS,** the Nation's Council has determined that it is in the best interest of the Nation for the fee to be imposed retroactively to the date of the rescission of the right-of-way approval.

NOW THEREFORE BE IT

**RESOLVED,** that that the fee imposed pursuant to Council Resolution CN: R-05-12-07-17 is hereby made effective as of April 14, 2007; and be it further

**RESOLVED,** that the Nation's President and Treasurer, are hereby authorized and directed to invoice the State Thruway Authority for all amounts now due and owing, as well as for estimated fees thirty (30) days in advance; and further

AMENDING RESOLUTION REGARDING THRUWAY TOLLS / APPROVAL
REGULAR SESSION OF COUNCIL
JUNE 09, 2007
PAGE 2

RESOLVED, that any amounts due the Nation, which remain unpaid for more than ten (10) days shall incur penalties at the rate of one percent (1%) of the balance due, and interest at a rate equal to the short term applicable federal rate (compounded monthly) plus three percent (3%).

ALL IN FAVOR

MOTION CARRIED

## CERTIFICATION

I hereby certify the foregoing extract is a true and correct copy from the minutes of the Regular Session of Council of the Seneca Nation of Indians held on June 09, 2007, on the Allegany Territory, original of which is on file in the Clerk's Office of the Seneca Nation of Indians.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and caused the seal to be affixed at the G.R. Plummer Building, on the Allegany Territory, on the 14th day of June 2007.

ATTEST:

{S E A L}

JACQUELINE BOWEN, CLERK
SENECA NATION OF INDIANS