# EXHIBIT Q



# THE SENECA NATION OF INDIANS

P.O. Box 231
Salamanca, New York 14779
Phone (716) 945-1790
Fax (716) 945-1565

1490 Rt. 438
Irving, New York 14081
Phone (716) 532-4900
Fax (716) 532-5272

June 11, 2007

VIA CERTIFIED MAIL/RETURN RECEIPT

John L. Buono, Chairman
New York State Thruway Authority
200 Southern Blvd.
Albany, NY 12201-0189

Re:   NYS Thruway Tolls.

Dear Mr. Buono:

As you may be aware, the Seneca Nation of Indians has imposed a fee of $1.00 per vehicle on all motorists that cross our Territory utilizing the New York State Thruway. Enclosed please find an invoice in the amount of $2,156,000.00, for estimated tolls due from the New York State Thruway Authority, as collection agent, for the months of April (partial), May and June, 2007.

Please remit full payment to the attention of the Nation's Fiscal Department within ten (10) days. Amounts not paid in a timely manner will incur further interest and penalties. Thank you for your cooperation in this matter.

Very truly yours,

Maurice A. John, Sr.
President

Kevin W. Seneca
Treasurer

cc:   Hon. Eliot Spitzer
Richard Rifkin, Esq.
SNI Foreign Relations Committee
SNI Dept. of Justice.

## Seneca Nation of Indians

Fiscal Affairs Department
Office of Accounting
P.O. Box 231 -- Salamanca, NY 14779-0231 -- 716/945-1790.

# INVOICE

BILL TO:   New York State Thruway Authority
           C/O John L. Buono, Chairman
           200 Southern Blvd.
           Albany, NY 12201-0189

Date:        11-Jun-07

Invoice #    2007.06.302

| DESCRIPTION OF GOODS/SERVICES | Cars Per Day | $ per Car | # of Days | TOTAL |
|---|---|---|---|---|
| 04/15/07 - 04/30/07 Motorists crossing Nation Territory | 28,000 | $1.00 | 16 | $ 448,000.00 |
| 05/01/07 - 05/31/07 Motorists crossing Nation Territory | 28,000 | $1.00 | 31 | $ 868,000.00 |
| 06/01/07 - 06/30/07 Motorists crossing Nation Territory | 28,000 | $1.00 | 30 | $ 840,000.00 |

BALANCE DUE        $ 2,156,000.00

Make Checks Payable to: Seneca Nation of Indians

Payment Due: Net/10

Mail Checks to:   Seneca Nation of Indians
                  Attn: Accounting
                  PO Box 231
                  Salamanca, NY 14779-0231