

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

April 22, 2025

Hon. Michael J. Roemer
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

RE:   *Seneca Nation v. Hochul*, Case No. 18-cv-429-LJV-MJR

Dear Judge Roemer:

    Oral argument on Defendants' Summary Judgment Motion (ECF No. 114) and Plaintiff's Summary Judgment Motion (ECF No. 118) is currently scheduled for July 8, 2025. I am not available on that date due to a scheduled family vacation and request that oral argument be rescheduled for a different date. Plaintiff consents to this request.

    In July, both parties are available for oral argument on July 14, 15, or 16th.

                                                          Respectfully submitted,

                                                           */s/ Daniel R. Maguire*
                                                           DANIEL R. MAGUIRE
                                                           Assistant Attorney General