# EXHIBIT B

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

----------------------------------------x

SENECA NATION, a federally recognized

Indian tribe,

                Plaintiff,

-against-      Case No:  1:18-cv-429-LJV-MJR

KATHLEEN C. HOCHUL, in her official

capacity as Governor of New York, et al.,

                Defendants.

----------------------------------------x

             May 20, 2024

            9 a.m. - 2:09 p.m.

          EXAMINATION BEFORE TRIAL

              OF

           DAVID MALONE

       appearing on behalf of

   The New York State Thruway Authority

      one of the Defendants HEREIN

         JOB # J11248872

**Page 2**

        This is the 30(b)(6) DEPOSITION of DAVID MALONE, appearing on behalf of Defendant NEW YORK STATE THRUWAY AUTHORITY, taken by the Plaintiff, pursuant to Second Revised Notice of Deposition of the New York State Thruway Authority pursuant to Fed. R. Civ. P. 30(b)(6), held at The Hilton Albany, 40 Lodge Street, Albany, New York 12207, on May 20, 2024, commencing at 9:11 a.m., before BROOKE E. PERRY, certified steno machine stenographer and Notary Public of the State of New York.

*************************************

**Page 3**

       A P P E A R A N C E S

AKIN GUMP STRAUSS HAUER & FELD LLP
Attorneys for Plaintiff
2001 K Street, N.W.
Washington, DC 20006-1037
(202) 887-4000
BY:    BRETTE PEÑA, ESQ.
bpena@akingump.com
-and-
BY:  MERRILL GODFREY, ESQ.
mgodfrey@akingump.com

LETITIA JAMES
NEW YORK STATE ATTORNEY GENERAL
Attorneys for Defendants
Main Place Tower, Suite 300A
350 Main Street
Buffalo NY 14202
(716) 853-8400
BY:  DAVID SLEIGHT, ESQ.
David.Sleight@ag.ny.gov

NIXON PEABODY LLP
Attorneys for Defendant
The New York State Thruway Authority
40 Fountain Plaza, Suite 500
Buffalo, NY 14202-2224
(716) 853-8118
BY:  ERIK A. GOERGEN, ESQ.
egoergen@nixonpeabody.com

ALSO PRESENT:
GLENN WILLIS, Consultant for Plaintiff
CRAIG SLEZAK, New York State Thruway Authority

**Page 4**

       I N D E X

      TO TESTIMONY

   WITNESS:  DAVID MALONE

EXAMINATION BY              PAGE

MS. PEÑA                 13

MR. GOERGEN            147



Page 5

I N D E X
TO EXHIBITS MARKED
THRUWAY AUTHORITY   DESCRIPTION       PAGE
Exhibit 1    Notice of Deposition of the     21
             New York State Thruway
             Authority Pursuant to Fed.
             R. Civ. P. 30(b)(6),Case No:
             1:18-cv-429-LJV-MJR, dated
             December 22, 2023,
             consisting of 5 page(s);
             attached hereto

Exhibit 2    Revised Notice of Deposition    21
             of the New York State
             Thruway Authority Pursuant
             to Fed. R. Civ. P. 30(b)(6),
             dated April 26, 2024, Case
             No:  1:18-cv-429-LJV-MJR,
             consisting of 5 page(s);
             attached hereto
Exhibit 3    Second Revised Notice of        22
             Deposition of the New York
             State Thruway Authority
             Pursuant to Fed. R. Civ. P.
             30(b)(6), dated May 8, 2024,
             Case No:
             1:18-cv-429-LJV-MJR,
             consisting of 5 page(s);
             attached hereto
Exhibit 4    New York State Thruway          44
             Authority Monthly Financial
             Report January 2024,
             consisting of 17 page(s);
             attached hereto
Exhibit 5    Spreadsheet entitled Assets     61
             Within Lands, D0000004.XLSX,
             consisting of 1 page(s);
             attached hereto

Page 6

I N D E X
TO EXHIBITS MARKED (Continued)
THRUWAY AUTHORITY   DESCRIPTION       PAGE
Exhibit 6    Stantec Memo dated September    67
             1, 2023, Re: NYS Thruway
             Authority 2024 Budget
             Forecast, Bates stamped
             D0002786 through 817,
             consisting of 32 page(s);
             attached hereto
Exhibit 7    Packet of documents, cover      81
             page User Agreement for Dark
             Fiber dated 12/14/22, Bates
             stamped D0000290 through
             543, consisting of 128
             page(s); attached hereto

Exhibit 8    Bureau of Management           101
             Analysis and Projects,
             Manual 500-2, Section 02.9,
             Acquisitions, consisting of
             10 page(s); attached hereto

Exhibit 9    New York State Thruway         115
             Authority General Policy,
             Section Title:  Policies -
             Management of Property;
             Number:  25-6-02; Subject:
             Thruway Real Property
             Management Policy,
             consisting of 12 page(s);
             attached hereto

Exhibit 10   Defendants' Response to        121
             Plaintiff's First Set of
             Interrogatories , Case No:
             1:18-cv-429-LJV-MJRconsistin
             g of several page(s);
             attached hereto

Page 7

I N D E X
TO EXHIBITS MARKED (Continued)
THRUWAY AUTHORITY   DESCRIPTION       PAGE
Exhibit 11   State of New York Department   129
             of Public Works Bureau of
             Rights of Way and Claims
             Albany N.Y., Inter-Office
             Correspondence dated
             September 10, 1954,
             consisting of 3 page(s);
             attached hereto

Exhibit 12   New York State Thruway         131
             Authority Inter Office
             Memorandum, dated September
             20, 1954, consisting of 2
             page(s); attached hereto

Exhibit 13   New York State Thruway         133
             Authority letter to
             Department of  Audit and
             Control, dated October 8,
             1954, consisting of 2
             page(s); attached hereto
Exhibit 14   New York State Thruway         135
             Authority Rights of Way and
             Claims Agreement of
             Adjustment dated April 25,
             1955, consisting of 2
             page(s); attached hereto

Exhibit 15   New York State Thruway         137
             Traffic and Revenue Report,
             dated November 30, 2023,
             prepared by Stantec
             Consulting Services, Inc.,
             Bates stamped D0003019
             through 110, consisting of
             91 page(s); attached hereto

Page 8

I N D E X
TO EXHIBITS MARKED (Continued)

THRUWAY AUTHORITY   DESCRIPTION       PAGE

Exhibit 16   Responses and Objections to    155
             The Second Revised Notice of
             Deposition of The New York
             State Thruway Authority
             Pursuant to Fed. R. Civ. P.
             30(b)(6) , consisting of 6
             page(s); attached hereto



Page 9

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that filing, sealing, and certifications of the within deposition are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that the original of the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court;

IT IS FURTHER STIPULATED AND AGREED that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & one copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all parties shall bear their own costs in the conduct of this deposition.

Page 10

F E D E R A L   S T I P U L A T I O N S

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that exhibits may be marked by the attorney presenting the exhibit to the witness; and THAT a copy of any exhibit presented to a witness shall be emailed to or otherwise in possession of all counsel prior to any questioning of a witness regarding the exhibit in question; and

THAT all parties shall bear their own costs in the conduct of this deposition.

* * * * * * * * * * * *

Page 11

NYS Thruway Authority by DAVID MALONE

THIS THE ORAL DEPOSITION OF DAVID MALONE, appearing on behalf of the DEFENDANTS herein, THE NEW YORK STATE THRUWAY AUTHORITY, produced pursuant to RULE 30(B)(6) NOTICE OF DEPOSITION , on MAY 20, 2024, before BROOKE E. PERRY, Realtime Court Reporter and Notary Public in and for the State of New York.

* * * * * * *

THE REPORTER:  Good morning.  We are now on the record.  Today's date is Monday, May 20, 2024 and the time is now 9:11 a.m.  We are located at Hilton Albany, 40 Lodge Street in Albany, New York.  My name is Brooke Perry, I am a court reporter and notary public of the State of New York.

Present today are Brette Peña and Merrill Godfrey of Akin Gump, representing the plaintiffs; Erik Goergen from Nixon Peabody, LLP, representing the Thruway Authority; and David

Page 12

NYS Thruway Authority by DAVID MALONE

Sleight, Assistant Attorney General of Buffalo representing all other defendants.

Also present is Glenn Willis, consultant for plaintiffs, and Craig Slezak with defendants.

I will now swear in the witness after which we may proceed.

* * * * * * *



Page 13

NYS Thruway Authority by DAVID MALONE

DAVID MALONE called as the witness, hereinbefore named, being first duly cautioned and sworn or affirmed by BROOKE E. PERRY, the Court Reporter and Notary Public herein, to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER: Please state your name for the record.

THE WITNESS: David Malone.

THE REPORTER: Please state your address for the record.

THE WITNESS: 14 Damask Drive, Clifton Park, New York 12065.

EXAMINATION

BY MS. PEÑA:

Q. Good morning, Mr. Malone.

A. Good morning.

Q. Let's just start with you telling me a little bit about what you do at the Thruway Authority.

A. I'm currently the chief financial officer for the Thruway Authority.

Page 14

NYS Thruway Authority by DAVID MALONE

Q. Great.

And what do your responsibilities look like?

A. I have oversight responsibility for all the financial administration of the organization, the budgeting, any kind of debt administration that we're responsible for. And the day-to-day financial administration, whether it be the payroll or paying vendors and that sort of thing.

Q. Have you ever been deposed before?

A. I have not.

Q. Have you testified before?

A. I have not.

Q. And do you understand that you're testifying under oath and you're legally obligated to tell the truth today?

A. Can I go back on that last one for a second?

Q. Absolutely.

A. I have testified on a personal matter.

Page 15

NYS Thruway Authority by DAVID MALONE

Q. Okay. What type of court was that in?

A. It was Family Court and Supreme Court.

Q. And I'll just repeat my question after that.

Do you understand that you're testifying under oath and legally obligated to tell the truth today?

A. I do.

Q. You must provide verbal answers, no gestures or head nods. Those are hard to capture in the transcript.

Do you understand?

A. Yes.

Q. If you do not hear or understand a question that I ask, you can ask me to clarify and I'll repeat it or rephrase, but if you answer a question, I'll assume that you both heard and understood the question.

Do you understand?

A. Yes.

Q. Let me finish a question before

Page 16

NYS Thruway Authority by DAVID MALONE

you begin answering and I will wait to ask a new question as a courtesy to you.

Do you understand?

A. Yes.

Q. If you want to take a break, just let me know, but I'll ask you to answer any pending question before we leave the room.

Do you understand?

A. Yes.

Q. Are you represented by counsel today?

A. Yes.

Q. Who is your counsel?

A. Eric, from Nixon Peabody.

Q. Is there anything that would prevent you from testifying truthfully and accurately today?

A. No.

Q. Do you understand that you're here to testify on behalf of the New York Thruway Authority?

A. Yes.



Page 105

NYS Thruway Authority by DAVID MALONE

* * * * * * * * *

A.  The document refers to the Department of Transportation, New York State Department of Transportation being involved in the acquisition of property as an agent for the Thruway Authority, and that -- that process has since changed.

BY MS. PEÑA:

Q.  How has that process changed?

A.  The Thruway Authority, through a real property unit that is established within our legal department, now is more directly involved -- DOT is no longer involved in the eminent domain process when the Authority acquires property.

Q.  Are they involved in other acquisition processes outside of eminent domain?

A.  Since the change that I --
Not that I'm aware of.  But I'm not aware of anything other than an eminent domain acquisition occurring

Page 106

NYS Thruway Authority by DAVID MALONE

since that change.

Q.  Are there any other agencies involved in the Thruway Authority's acquisition process?

A.  The attorney general's office is involved.

Q.  How is the attorney general's office involved?

A.  I don't know the specific steps that the attorney general's office performs, but I know they have an involvement in the process.

Q.  Do they review agreements or documents related to acquisitions?

A.  I'm not --
I'm not sure the specific steps that they do in the process.

Q.  Are there any other agencies involved in the acquisition process?

A.  The comptroller's office can be involved in the acquisition process.

Q.  How so?

A.  They need to approve acquisitions.

Q.  What does that mean?

Page 107

NYS Thruway Authority by DAVID MALONE

A.  According to our real property management policy, there's an -- an OSC approval is required for an acquisition in excess of $50,000.

Q.  On page one of this document, which is a Thruway Authority procedure on acquisitions, it says:
(Reading from Document)
"The New York State Thruway Authority recognizes that from time to time it will be necessary to acquire real property interest, example; fee simple, leasehold, easement, et cetera, for Authority purposes."
Is that an accurate statement?

A.  Yes.

Q.  Backtracking just a little bit, are there any other changes than the two you previously mentioned from this document to the procedure you follow now?

A.  I'm not aware of any other changes other than what I mentioned.

Page 108

NYS Thruway Authority by DAVID MALONE

Q.  (Reading from Document)
The last sentence of the first paragraph on page one references "acquisitions under the delegated contracts program are not included in this procedure."
What are acquisitions under the contract's program?

A.  So I previously mentioned that annually our board approves the following year's contracts program. And in there, they delegate authority to our chief engineer to acquire property as needed to perform the contracts or the capital projects that are in that contract's program, up to the $300,000.

Q.  What would an example of that be?

A.  An example would be if it was determined that in order to change or to do work on an exit ramp, there was a need for a temporary easement, potentially maybe for the contractor to stage equipment at while the work was

